## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>National Education Association, et al.</u>

    v.                              Civil No. 25-cv-091-TSM

<u>U.S. Department of Education, et al.</u>

### ORDER OF RECUSAL

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

_____
Talesha Saint-Marc
U.S. Magistrate Judge

March 7, 2025

cc: Counsel of Record.