UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

National Education Association, et. al.

      v.                        Case No. 25-cv-91-JL

US Department of Education, et. al.

RECUSAL ORDER

    The undersigned judge recuses himself from the case.

    The subject of the litigation is a "Dear Colleague Letter" issued by the U.S. Department of Education to "schools and colleges across the country" regarding the potential "loss of federal funding[.]". Complaint (doc. no. 1) ¶ 2. One plaintiff, the National Education Association, is a nonprofit organization representing approximately 3 million members "who work at every level of education--from pre-school to university graduate programs." Complaint (doc. no. 1) ¶ 4. Members D, F and G work in "higher education." Complaint (doc. no. 1) ¶¶ 20, 22.

    The undersigned judge teaches as an adjunct faculty member at several American law schools, including the University of New Hampshire School of Law, which is affiliated with NEA primarily through its faculty.

    Canon 3(C)(1) of the Code of Conduct for United States Judges provides: "A judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned, . . .". The undersigned judge has complete confidence in his impartiality regarding the parties and issues presented in this lawsuit. But because the judge's performance as a graduate level instructor could implicate, or be implicated by, the subject matter of this case, reasonable participants and other individuals might reasonably question the judge's impartiality.

    Recusal is therefore required.

    SO ORDERED.

                                                  Joseph N. Laplante
                                                  United States District Judge

Date: March 10, 2025

cc: Counsel of Record