# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION et al.<br><br>*Defendants*. | Civil Action No. 1:25-cv-00091-LM |

## [CORRECTED] SUPPORTING AFFIDAVIT OF PHILIP HOSTAK

I, Philip Hostak, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am the Deputy General Counsel of the National Education Association. My office is located at 1201 Sixteenth St., NW, Washington DC 20036, and my phone number is (202) 822-7035.

2. In accordance with Local Rule 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission:

| Jurisdiction | Admission date |
|---|---|
| District of Columbia (#472945) | 06/04/2001 |
| New York (#2970952) | 05/18/1999 |
| U.S. Supreme Court | 01/19/2010 |
| U.S. Court of Appeals for the First Circuit | 02/04/2003 |
| U.S. Court of Appeals for the Third Circuit | 06/09/1999 |
| U.S. Court of Appeals for the Fourth Circuit | 11/17/2004 |
| U.S. Court of Appeals for the Sixth Circuit | 12/08/2000 |
| U.S. Court of Appeals for the Eighth Circuit | 12/01/2004 |
| U.S. Court of Appeals for the Ninth Circuit | 08/25/2003 |
| U.S. Court of Appeals for the Tenth Circuit | 6/14/2004 |
| U.S. Court of Appeals for the Eleventh Circuit | 08/17/2009 |
| U.S. Court of Appeals for the District of Columbia Circuit | 11/02/2004 |

3. In accordance with Local Rule 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4. In accordance with Local Rule 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with Local Rule 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with Local Rule 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with Local Rule 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with Local Rule 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Philip Hostak*
Philip Hostak
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Telephone: (202) 822-7035
Facsimile: (202) 822-7033
Email: phostak@nea.org

Dated: March 10, 2025