## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION; *et al.*, | |
| *Plaintiffs*, | Case No. 1:25-cv-00091-LM |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION; *et al.*, | |
| *Defendants*. | |

**NOTICE OF FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15, Plaintiffs hereby file this notice indicating their intent to file their First Amended Complaint.  Plaintiffs filed their initial Complaint in the above-captioned matter on March 5, 2025. ECF No. 1.  Plaintiffs may file this First Amended Complaint as a matter of course under Fed. R. Civ. 15(a)(1)(A), as this pleading is being filed within 21 days of service of the initial Complaint.

A copy of the First Amended Complaint is attached to this Notice as *Exhibit 1*, and a copy of the First Amended Complaint tracking all changes from the original Complaint, ECF No. 1, is attached to this Notice as *Exhibit 2*.

Dated: March 21, 2025

Respectfully submitted,

| | |
|---|---|
| Sarah Hinger* | /s/ Gilles R. Bissonnette |
| Amanda Meyer* | Gilles R. Bissonnette (N.H. Bar No. 265393) |
| Alexis Alvarez* | Henry R. Klementowicz (N.H. Bar No. 21177) |
| Ethan Herenstein* | |
| Victoria Ochoa* | SangYeob Kim (N.H. Bar No. 266657) |
| Sophia Lin Lakin* | American Civil Liberties Union of New Hampshire |
| American Civil Liberties Union Foundation | |
| 125 Broad Street, 18th Floor | 18 Low Avenue |
| New York, NY 10004 | Concord, NH 03301 |
| (212) 519-7882 | (603) 224-5591 |
| shinger@aclu.org | gilles@aclu-nh.org |
| | |
| Megan C. Keenan* | Rachel E. Davidson* |
| American Civil Liberties Union Foundation | American Civil Liberties Union Foundation of Massachusetts, Inc. |
| 915 15th Street NW | One Center Plaza, Suite 801 |
| Washington, DC 20001 | Boston, MA 02018 |
| (740) 632-0671 | (617) 482-3170 |
| mkeenan@aclu.org | rdavidson@aclum.org |

Alice O'Brien ᵀ
Jason Walta*
Phil Hostak*
Stacy Hickox ᵀ
NEA Office of General Counsel
National Education Association
1201 16th Street NW
Washington, DC 20036
(202) 822-7035
aobrien@nea.org

*admitted pro hac vice
ᵀ pro hac vice forthcoming