IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATIONAL ASSOCIATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> *Defendants*. | Case No. 1:25-cv-00091-LM |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
**[ORAL ARGUMENT REQUESTED]**

Pursuant to Federal Rule of Civil Procedure 65 and Section 705 of the Administrative Procedure Act, 5 U.S.C. § 705—and for the reasons stated in the accompanying memorandum, declarations, and all pleadings filed—Plaintiffs National Education Association, National Education Association-New Hampshire, and Center for Black Educator Development (collectively, "Plaintiffs") respectfully move this Court to preliminarily enjoin Defendants and their agents, employees, representatives, successors, and any other person acting directly or indirectly in concert with them, from enforcing and/or implementing the Dear Colleague Letter issued on February 14, 2025, including through the February 28, 2025 "Frequently Asked Questions About Racial Preferences and Stereotypes Under Title VI of the Civil Rights Act," and the End DEI Portal, pending the resolution of this action on its merits.

Plaintiffs have filed an accompanying memorandum of law supporting this Motion. Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request oral argument given the importance of the issues presented in this Motion.

Plaintiffs also move this Court for an order waiving the requirement for bond or security.

Dated: March 21, 2025                                           Respectfully submitted,

| | |
|---|---|
| Sarah Hinger* | */s/ Gilles R. Bissonnette* |
| Amanda Meyer* | Gilles R. Bissonnette (N.H. Bar No. 265393) |
| Alexis Alvarez* | Henry R. Klementowicz (N.H. Bar No. 21177) |
| Ethan Herenstein* | SangYeob Kim (N.H. Bar No. 266657) |
| Victoria Ochoa* | American Civil Liberties Union of New Hampshire |
| Sophia Lin Lakin* | 18 Low Avenue |
| American Civil Liberties Union Foundation | Concord, NH 03301 |
| 125 Broad Street, 18th Floor | (603) 224-5591 |
| New York, NY 10004 | gilles@aclu-nh.org |
| (212) 519-7882 | |
| shinger@aclu.org | |
| | |
| Megan C. Keenan* | Rachel E. Davidson* |
| American Civil Liberties Union Foundation | American Civil Liberties Union Foundation of Massachusetts, Inc. |
| 915 15th Street NW | One Center Plaza, Suite 801 |
| Washington, DC 20001 | Boston, MA 02018 |
| (740) 632-0671 | (617) 482-3170 |
| mkeenan@aclu.org | rdavidson@aclum.org |
| | |
| Alice O'Brien† | |
| Jason Walta* | |
| Phil Hostak* | |
| Stacy Hickox† | |
| NEA Office of General Counsel | |
| National Education Association | |
| 1201 16th Street NW | |
| Washington, DC 20036 | |
| (202) 822-7035 | *Admitted pro hac vice |
| aobrien@nea.org | †Pro hac vice forthcoming |