# EXHIBIT 1

Hinger
Declaration

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION; e*t al.*,<br><br>          *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; *et al.*,<br><br>          *Defendants.* | Case No. 1:25-cv-00091-LM<br><br>**DECLARATION OF SARAH HINGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Sarah Hinger, pursuant to the penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

I am an attorney with the American Civil Liberties Union Foundation and counsel to Plaintiffs in this action. I submit this Declaration in support of Plaintiffs' motion for a preliminary injunction.

Attached to this Declaration are true and correct copies of the following exhibits referenced in the Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction:[1]

    A.    Letter from U.S. Dep't of Educ. to Colleagues (Feb. 14, 2025),

          https://perma.cc/7YT7-65SV.

---

[1] Lengthy exhibits marked with an asterisk have been excerpted.

1

B.     Press Release, U.S. Dep't of Educ., Office for Civil Rights Initiates Title VI

Investigations into Institutions of Higher Education (Mar. 14, 2025),

https://perma.cc/9GJ9-LBYK.

C.     Letter from U.S. Dep't of Educ. & U.S. Dep't of Just. to Colleagues (Aug. 14,

2023), https://perma.cc/69WH-NECT.

D.     U.S. Dep't of Educ., Questions and Answers Regarding the Supreme Court's

Decision in *Students for Fair Admissions, Inc. v. Harvard College and University

of North Carolina* (Aug. 14, 2023), https://perma.cc/V7Z6-XMCM.

E.     U.S. Dep't of Educ., Off. of the Undersec'y, Strategies for Increasing Diversity

and Opportunity in Higher Education (Sept. 28, 2023), https://perma.cc/52W4-

XJFR.

F.     Press Release, U.S. Dep't of Educ., U.S. Department of Education Launches "End

DEI" Portal (Feb. 26, 2025), https://perma.cc/8737-NAA9.

G.     U.S. Dep't of Educ., End DEI Portal, https://perma.cc/GYS3-J2GR.

H.     U.S. Dep't of Educ., Off. for C.R., Frequently Asked Questions About Racial

Preferences and Stereotypes Under Title VI of the Civil Rights Act (Feb. 28,

2025), https://perma.cc/D63A-7MD9.

I.     Redacted Declaration of Member A.

J.     Declaration of Member B, Valerie Wolfson.

K.     Declaration of Member C, Sarah Gahm.

L.     Redacted Declaration of Member D.

M.     Declaration of Member G, Nadia Behizadeh.

N.     Redacted Declaration of Member E.

O.      Declaration of the National Education Association-New Hampshire.

P.      Redacted Declaration of Member I.

Q.      Declaration of Member H, Olga Darlene Mosely.

R.      Redacted Declaration of Member F.

S.      Declaration of the National Education Association.

T.      Tenn. State Bd. of Educ., *Tennessee Social Studies Standards* (2017),

        https://www.tn.gov/content/dam/tn/education/standards/ss/Social_Studies_Standa

        rds.pdf.*

U.      Okla. State Dep't of Educ., *Oklahoma Academic Standards for Social Studies,*

        *Pre-K–12* (2019), https://perma.cc/H95Y-FAZN.*

V.      Okla. State Dep't of Educ., *2021 Oklahoma Academic Standards for English*

        *Language Arts* (2021), https://perma.cc/D7GD-DFT6.*

W.      New Hampshire Commission for Human Rights,

        https://www.humanrights.nh.gov/.

X.      Declaration of the Center for Black Educator Development.

Y.      Off. of Mgmt. and Budget, Analytical Perspectives Budget of the U.S.

        Government: Fiscal Year 2025 (2024),

        https://www.govinfo.gov/content/pkg/BUDGET-2025-PER/pdf/BUDGET-2025-

        PER.pdf.*

Z.      *Diversity, Equity, and Inclusion*, Merriam-Webster, https://perma.cc/Y879-7HB2.

AA.     *Diversity*, Merriam-Webster, https://perma.cc/XZ8W-KAVJ.

AB.     *Equity*, Merriam-Webster, https://perma.cc/9PJW-JHE9.

AC.     *Inclusion*, Merriam-Webster, https://perma.cc/CHW8-FGP5.

AD.    John Back, *President Pinto shares message regarding future of DEI at UC*, UC News (Feb. 21, 2025), https://perma.cc/D8HM-ZSDB.

AE.    Amy Parsons, *Feb. 18: New Federal Directives, Colorado State University Federal Updates* (Feb. 18, 2025), https://perma.cc/3GGQ-68K5.

AF.    Univ. of Neb. System, *A message from President Gold on OCR's 'Dear Colleague' letter'*, (Feb. 21, 2025), https://perma.cc/ET78-B7ZV.

AG.    Danielle James, *Muskegon Community College suspends DEI programs amid Trump mandates*, M Live (Mar. 7, 2025), https://perma.cc/6CV3-NTRU.

AH.    Press Release, U.S. Dep't of Educ., U.S. Department of Education Cancels Additional $350 Million in Woke Spending (Feb. 13, 2025), https://perma.cc/VT57-LXEX.

AI.    Press Release, U.S. Dep't of Educ., U.S. Department of Education Cuts Over $600 Million in Divisive Teacher Training Grants (Feb. 17, 2025), https://perma.cc/K2N4-UUN7.

AJ.    Jennifer Smith Richards & Jodi S. Cohen, *Education Department "Lifting the Pause" on Some Civil Rights Probes, but Not for Race or Gender Cases*, ProPublica (Feb. 20, 2025), https://perma.cc/F3TW-K8XP.

AK.    Jodi S. Cohen & Jennifer Smith Richards*, Massive Layoffs at the Department of Education Erode Its Civil Rights Division*, ProPublica (Feb. 20, 2025), https://perma.cc/6632-A9X4.

AL.    Moms for Liberty, 'End DEI' portal is 'culmination' of her efforts, says M4L co-founder Justice (Mar. 5, 2025), https://perma.cc/95M3-MKYU.

AM.   Moms for Liberty, DEAR COLLEAGUE, Facebook (Feb. 15, 2025),
      https://www.facebook.com/story.php?story_fbid=935218675478809&id=100069
      720560290.

AN.   Moms for Liberty, DEI Tug of War in Wake County Schools Stirs Tensions
      Among Board, Parents (Feb. 20, 2025), https://perma.cc/3B8D-W5WN.

AO.   Moms for Liberty Hillsboro Co, NH, X (Nov. 12, 2021), https://perma.cc/L9YE-
      7HZJ.

AP.   Press Release, U.S. Dep't of Educ., Cancelation of Grants and Contracts to
      Columbia University (Mar. 7, 2025), https://perma.cc/96Y4-CNC2.

AQ.   Letter from Josh Gruenbaum, Comm'r of the Fed. Acquisition Serv., Gen. Servs.
      Admin., et al., to Dr. Katrina Armstrong, Interim President, Columbia University
      (Mar. 13, 2025), https://perma.cc/RNC4-E3GY.

AR.   Letter from Richard W. Riley, Sec'y of the Dep't of Educ., to Colleagues (Jan. 19,
      2001), https://perma.cc/K9ZM-Z7L9.

AS.   Letter from Catherine E. Lhamon, Assistant Sec'y for C.R., Off. of C.R., to
      Colleagues (Oct. 1, 2014), https://perma.cc/5343-RZCQ.

AT.   *What is Test Optional?*, FairTest, https://perma.cc/E5CN-V55W.

AU.   Christopher T. Bennett, *Untested Admissions: Examining Changes in Application
      Behaviors and Student Demographics Under Test-Optional Policies*, American
      Education Research Journal 180 (2022), https://perma.cc/SH33-JWL7.

AV.   Roy O. Freedle, *Correcting the SAT's Ethnic and Social-Class Bias: A Method for
      Reestimating SAT Scores*, 73 Harvard Educational Review 1 (2003).

AW.    William C. Kidder, *How the SAT Creates "Built-In-Headwinds": An Educational and Legal Analysis of Disparate Impact*, 43 Santa Clara Law Review 131 (2002), https://perma.cc/XK78-CMXH.

AX.    Letter from U.S. Dep't of Educ., Off. of C.R. to Dr. Jason Reynolds, Superintendent, Peoria Unified Sch. Dist. (Sept. 30, 2022), https://perma.cc/NWB7-AZBR.

AY.    Resolution Agreement, East Side Union High School District, Case No. 09-14-1242 (Dec. 13, 2017), https://perma.cc/ZB6P-4P9U.

AZ.    Exec. Order No. 14190, "Ending Radical Indoctrination in K-12 Schooling," 90 Fed. Reg. 8,853 (Jan. 29, 2025).

BA.    Exec. Order No. 14151, "Ending Radical and Wasteful Government DEI Programs and Preferencing," 90 Fed. Reg. 8,339 (Jan. 20, 2025).

BB.    Exec. Order No. 14173 entitled "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," 90 Fed. Reg. 8,633 (Jan. 21, 2025).

BC.    Hannah Parry, *DOGE Announces it's Slashing $881M from Education Department Contracts*, Newsweek (Feb. 11, 2025), https://perma.cc/642U-T5GB.*

Dated: March 21, 2025

*/s/ Sarah Hinger*
Sarah Hinger*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7882
shinger@aclu.org


*Admitted pro hac vice*