# **EXHIBIT F**

    An official website of the United States government    Here's how you know    

**U.S. Department of Education**

HOME / ABOUT US / NEWSROOM / PRESS RELEASES

PRESS RELEASE

# U.S. Department of Education Launches "End DEI" Portal

U.S. Department of Education Launches "End DEI" Portal

FEBRUARY 27, 2025

WASHINGTON – Today, the U.S. Department of Education launched EndDEI.Ed.Gov, a public portal for parents, students, teachers, and the broader community to submit reports of discrimination based on race or sex in publicly-funded K-12 schools.

The secure portal allows parents to provide an email address, the name of the student's school or school district, and details of the concerning practices. The Department of Education will use submissions as a guide to identify potential areas for investigation.

"For years, parents have been begging schools to focus on teaching their kids practical skills like reading, writing, and math, instead of pushing critical theory, rogue sex education and divisive ideologies—but their concerns have been brushed off, mocked, or shut down entirely," said **Tiffany Justice, Co-Founder of Moms for Liberty.** "Parents, now is the time that you share the receipts of the betrayal that has happened in our public schools. This webpage demonstrates that President Trump's Department of Education is putting power back in the hands of parents."



**CONTACT**

Press Office | press@ed.gov | (202) 401-1576 | Office of Communications and Outreach (OCO)

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: February 27, 2025

**Pay for College**

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

**Educational Resources**

504 Plans

FERPA

IEPs (Individualized Education Program)

**Teaching Resources**

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

**File a Report**

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

**About Us**

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

**News**

Press Releases

Homeroom Blog

Subscriptions

**Site Notices and Privacy Policies**

Accessibility Support

**ED Archive**

U.S. Department of Education



ES






www.ed.gov

**An official website of the Department of Education**

**About Dept of Education**  **Accessibility Support**  **No FEAR Act data**  **Office of the Inspector General**  **Performance reports**  **FOIA**

**Privacy Policy**  **ED Archive**

Looking for U.S. government information and services? **Visit USA.gov**