# EXHIBIT G

An official website of the United States government  Here's how you know

**U.S. Department of Education**

# Schools should be focused on learning.

The U.S. Department of Education is committed to ensuring all students have access to meaningful learning free of divisive ideologies and indoctrination. This submission form is an outlet for students, parents, teachers, and the broader community to report illegal discriminatory practices at institutions of learning. The Department of Education will utilize community submissions to identify potential areas for investigation.

**Your email:**

50 Character Limit

**School or school district:**

50 Character Limit

**School or school district ZIP Code:**

**Please describe in as much detail as possible the discriminatory practice taking place:**

450 Word Limit

Words: 0 / 450

**Upload File** *(Optional)* **:**

Accepted formats: JPG, JPEG, PNG, PDF. Maximum size: 10MB

Privacy - Terms

Choose File | No file chosen

Submit

The U.S. Department of Education will maintain the confidentiality of these submissions to the fullest extent permitted by law. The information requested on this form, and the associated evidence or documentation that you submit, is collected under Section 102 of the Department of Education Organization Act, 20 U.S.C. 3402; Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d, et seq.; Title IX of the Education Amendments of 1972, 20 U.S.C. 1681, et seq.; Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. 794, et seq.; Age Discrimination Act of 1975, 42 U.S.C. 6101, et seq.; Title II of the Americans With Disabilities Act, 42 U.S.C. 12131, et seq.; and the Boy Scouts of America Equal Access Act, 20 U.S.C. 7905. The primary purposes for providing the requested information on this form are: (a) to allow for the U.S. Department of Education ("Department") to contact you, as needed, in response to your report of alleged illegal discriminatory practices at institutions of learning; (b) to determine and to document whether there was discrimination against you or others; (c) to strengthen the Federal commitment to ensuring access to equal educational opportunity for every individual; (d) to encourage the increased involvement of the public, parents, and students in Federal education programs; and (e) to increase the accountability of Federal education programs to the President, the Congress, and the public. The information you provide is voluntary. However, failure to provide the requested information, and any requested evidence, may delay an investigation regarding your complaint. The Department may share the information you provide on this form and any additional requested evidence or documentation in accordance with approved routine uses described in the "Complaint Files and Log" (18-08-01) system of records notice (modifications in progress), which is accessible on the Department's systems of records notice website at *Privacy Act System of Record Notice Issuances | U.S. Department of Education*. Additional information about this system can be found in the Privacy Impact Assessment.



enddei.ed.gov
**An official website of the Department of Education**

About Dept of Education      Accessibility Support      No FEAR Act data      Office of the Inspector General      Performance reports      FOIA      Privacy Policy      ED Archive

Looking for U.S. government information and services? **Visit USA.gov**