# EXHIBIT T

# Tennessee Social Studies Standards

## Introduction
### The Process

  The Tennessee State Social Studies Standards were reviewed and developed by Tennessee teachers for Tennessee students. The rigorous process used to develop the standards in this document began with a public review of the then-current standards during spring 2016. After receiving approximately 63,000 reviews and 14,000 comments, a committee comprised of 25 Tennessee social studies educators spanning elementary through higher education reviewed each standard. The committee considered every standard, utilizing the public feedback and the expertise of the group. The committee kept some standards as written, edited or revised others, added examples, clarified the wording of standards, moved standards to different grades, and wrote new standards to support coherence and rigor.

  The revised standards were again posted online for public review during fall 2016. Nearly 54,000 reviews and 10,000 comments were submitted by Tennesseans in this additional review period. Following the second public review period, the standards were reviewed by the Social Studies Standards Recommendation Committee (SRC).

  The 10-member SRC, appointed by the Governor, Lieutenant Governor, and Speaker of the House of Representatives, convened for 13 meetings and met for nearly 100 hours in person to consider the revised standards. The SRC utilized the various forms of public feedback (e.g., website comments and data, roundtable sessions, higher education review) to guide their final recommendations for the draft standards. The SRC approved a final draft of the standards at their March 29, 2017 meeting. These draft standards went before the Tennessee State Board of Education on first reading at their April 21, 2017 board meeting.

  On May 9, 2017, the 110th Tennessee General Assembly passed the Senator Douglas Henry Tennessee History Act, mandating that a required Tennessee history course be taught in grades K-12. This legislative action (Pub. Ch. 482) prompted further changes to the draft standards, and a small group of educators and SRC members convened on May 30, 2017 to create this new course. The committee crafted a Tennessee history course for the second semester of fifth grade, while also opting to maintain Tennessee history content within third, fourth, and eighth grades; high school U.S. history; and a Tennessee history elective course for high school.

  The final reading and adoption of the revised social studies standards occurred during the state board's July 28, 2017 meeting, and the revised social studies standards will be implemented in the 2019-20 school year.

  *It should be noted that the standards are what students should know, understand, and be able to do by the end of a grade level or course; however, the standards do not dictate how a teacher should teach them. In other words, the standards do not dictate curriculum.*

## Preparing Students for the Future

In order to become college and career ready, Tennessee students must have a strong background in social studies. It is through social studies that students prepare for their futures by opening doors to a more diverse, competitive workforce and responsible citizenry. Teachers should center instruction on inquiry-based models, which require students to engage in critical thinking, self-assessment, reasoning, problem-solving, collaboration, and investigation in order to make connections in new and innovative ways as they progress through social studies education. Our current students are our future leaders, and, as such, they need to be able to understand the complexity of the world. Students should be aware of the changing cultural and physical environments of Tennessee, the United States, and the world; know and understand the past; read, write, and think deeply; and act in ways that promote the common good. Social studies offers the critical knowledge necessary to create a framework for understanding the systems of society and becoming college, career, and civics ready.

The Tennessee Social Studies Standards lay out a vision of these vitally important disciplines and describe what all students should know and be able to do at the end of each grade/course level. The diverse committee of educators involved in the review and development of the social studies standards came together from across the state of Tennessee and focused on ensuring that the standards are:

- ✓ Challenging, but age appropriate
- ✓ Attainable for teachers and students
- ✓ Clear and measurable
- ✓ Focused on key ideas with real-world relevancy
- ✓ Connected to overarching themes that support social studies skills and thinking
- ✓ Comprehensive and have a clear progression from grade to grade

## Social Studies in Elementary Grades

Research consistently demonstrates that social studies receives the least amount of instructional time in the elementary grades, when compared to ELA/literacy and math. In particular, students from low socioeconomic backgrounds have less access to social studies instruction compared to peers with higher socioeconomic backgrounds. However, social studies instruction in elementary grades is necessary to ensure that students develop literacy skills and prepare for college, careers, and civic life. In elementary schools, an increase in time devoted to social studies instruction resulted in higher scores on the NAEP (National Assessment of Educational Progress)—which is often referred to as the Nation's Report Card—for fourth grade U.S. History, which demonstrates a correlation between time spent on social studies-specific instruction and learning.

Moreover, the benefits of social studies instruction extend beyond the discipline itself; social studies instruction develops content knowledge which makes struggling readers stronger readers. Struggling readers with strong background knowledge display better reading comprehension than strong readers with low background knowledge (Recht and Leslie, 1988). In a study of second graders who had 60 lessons of literacy-

rich social studies instruction, students scored 23 percent higher on reading assessments (Halvorsen and Duke, 2012).

Beyond literacy development, social studies instruction prepares students for citizenship. Students who receive effective social studies instruction are more likely to vote and discuss politics at home, are four times more likely to volunteer and work on community issues, and are more confident in their ability to speak publicly and communicate with their elected representatives (Campaign for the Civic Mission of Schools, "Guardian of Democracy: The Civic Mission of Schools." 2011).

The Council of Chief State School Officers created a graphic that shows the marginalization of social studies and the impact it has on student learning (See Appendix A). This graphic is included in this document to show the importance of social studies education and the impact that effective social studies instruction can have on students.

### The Tennessee Academic Standards for Social Studies Document

By presenting all of Tennessee's social studies standards in one document, rather than breaking up the standards into separate grade levels, the structure of this document emphasizes how the content builds as students progress through school, leading to postsecondary and workforce readiness. The connections shown from grade to grade and course to course through the seven content strands and six social studies practices, are outlined on the following pages; these connections are highlighted by presenting content linearly.  The K-12 standards were intentionally designed to move through content sequentially, because it is important to understand the progression of history through time.

In grades K-5, the standards signal the importance of laying a solid foundation in how the world works, geography, Tennessee history, and United States history. The middle grades, 6-8, solidify that foundation while increasing the rigor of the content through learning about both world and United States history. Finally, grades 9-12 focus on contemporary topics that may not be appropriate for younger students, as well as the purposeful preparation of students to be citizens of both the United States and the world.

As students progress from one grade level to the next, it is important that they have learned the entirety of the previous years' content. Because of the linear nature of the standards, it is important that teachers familiarize themselves with standards in the previous and subsequent grades to understand how the grade-level content that they teach fits into students' overall development of historical content. The standards are a progression, and teachers will need to assess students' understanding of the previous year's standards before they build students' knowledge with the standards for their current grade.

## How to Read the Standards

Each course/grade level contains a theme and broad topics, which are further clarified with content standards. The revised social studies standards are organized using the following components: **Course Title/Abbreviation, Course Description, Topic, Standard Number, Content Standard, and Content Strand** (see fig. 1).

**US | UNITED STATES HISTORY AND GEOGRAPHY**
**Post-Reconstruction to the Present**

**Course Description:** Students will examine the causes and consequences of the Industrial Revolution and the United States' growing role in world diplomatic relations, including the Spanish-American War and World War I. Students will study the goals and accomplishments of the Progressive movement and the New Deal. Students will also learn about the various factors that led to our nation's entry into World War II, as well as the consequences for American life. Students will explore the causes and course of the Cold War. Students will study the important social, cultural, economic, and political changes that have shaped the modern-day U.S. resulting from the Civil Rights Movement, Cold War, and recent events and trends. Additionally, students will learn about the causes and consequences of contemporary issues impacting the world today.

Students will continue to use skills for historical and geographical analysis as they examine U.S. history after Reconstruction, with special attention to Tennessee connections in history, geography, politics, and people. Students will continue to learn fundamental concepts in civics, economics, and geography within the context of U.S. history. The reading of primary source documents is a key feature of the U.S. history course. Specific primary sources have been embedded within the standards for depth and clarity. Finally, students will focus on current human and physical geographic issues important in the contemporary U.S. and global society.

**This course will place Tennessee history, government, and geography in context with U.S. history in order to illustrate the role our state has played in our nation's history.**

*This course is the second of a two-year survey of U.S. history and geography, continuing from 8th grade's study of U.S. history and geography.*

*This course can be used for compliance with T.C.A. § 49-6-1028, in which all districts must ensure that a project-based civics assessment is given at least once in grades 4–8 and once in grades 9–12.*

**The Rise of Industrialization (1877-1900)**
Overview: Students will analyze the transformation of the American economy and the changing social and political conditions in the U.S. in response to the rise of industrialization, large scale rural-to-urban migration, and mass immigration from Southern and Eastern Europe and Asia.

| Standard Number | Content Standard | Content Strand |
|---|---|---|
| US.01 | Explain how the Homestead Act and the Transcontinental Railroad impacted the settlement of the West. | C, E, G, H, P |
| US.02 | Examine federal policies toward American Indians, including: the movement to reservations, assimilation, boarding schools, and the Dawes Act. | C, G, H, P, T |

**Figure 1**

**Course Title & Abbreviation:** the grade level or course title along with a shortened corresponding letter or number.

>Example: **US | United States History and Geography: Post-Reconstruction to the Present**

**Course Description:** the focus for a particular grade/course, given through a descriptive narrative.

>Example: (See Tables 1 and 2)

**Topic:** the overarching topics for a particular set of standards; can also be known as time period or era.

>Example: **The Progressive Era (1890-1920)**

**Topic Overview:** a brief statement explaining each topic of a particular set of standards.

>Example: **Students will analyze the changing national landscape, including the growth of cities and the demand for political, economic, and social reforms during the early 20th century.**

**Standard Number:** the course abbreviation and the corresponding number that accompanies each standard.

>Example: **US.08**

**Content Standard:** the essential knowledge to be learned at each grade level or within each course.

>Example: **Explain the concepts of social Darwinism and Social Gospel.**

**Content Strands:** the seven disciplines within social studies: Culture (C), Economics (E), Geography (G), History (H), Politics/Government (P), Tennessee (T), and Tennessee Code Annotated (TCA). Tennessee (T) signifies a specific connection to Tennessee. Tennessee Code Annotated (TCA) indicates that the content of that standard is required by state law. Additionally, the applicable statute is cited within the standard.

>Examples: **C, E, H**

# The United States Prior the Civil War (1820s-1861)

**Overview**: Students will explore the events that led to the Civil War, focusing on the impact of slavery, the abolition movement, and the major differences of the states.

| Standard Number | Content Standard | Content Strand |
|---|---|---|
| 4.25 | Analyze the sectional differences between the North and the Antebellum South, including:<br>• Economic<br>• Political<br>• Population<br>• Social<br>• Transportation | C, E, G, H, P, T |
| 4.26 | Identify abolitionist leaders and their approaches to ending slavery, including:<br>• Frederick Douglass<br>• William Lloyd Garrison<br>• Sojourner Truth<br>• Harriet Tubman | C, H, P |
| 4.27 | Explain how slavery became a national issue during the mid-19th century, including the significance of:<br>• Missouri Compromise<br>• Compromise of 1850<br>• *Uncle Tom's Cabin*<br>• Kansas-Nebraska Act<br>• *Dred Scott v. Sandford* decision<br>• John Brown's Raid (on Harper's Ferry) | C, E, G, H, P |
| 4.28 | Compare and contrast the various sectional stances on states' rights and slavery represented by the presidential candidates in the election of 1860, including Abraham Lincoln and Stephen A. Douglas. | C, G, H, P, T |
| 4.29 | Evaluate the significance of the Battle of Fort Sumter and the impact it had on secession. | G, H, P, T |

C—Culture, E—Economics, G—Geography, H—History, P—Politics/Government, T—Tennessee
TCA—Tennessee Code Annotated: These standards are legally required to be taught.

## African American Life after Emancipation through World War I (1890s-1920s)

**Overview**: Students will analyze the rise of Jim Crow laws, achievements of African Americans, the role African Americans played in military endeavors, and the life experiences of African Americans in the late 19th and early 20th centuries.

| Standard Number | Content Standard | Content Strand |
|---|---|---|
| AAH.21 | Assess the economic and social impact of Jim Crow laws on African Americans. | C, E, H, T |
| AAH.22 | Analyze the legal ramifications of segregation laws and court decisions (e.g., *Plessy v. Ferguson*) on American society. | C, P, T |
| AAH.23 | Compare and contrast organized responses to Jim Crow laws (e.g., the Niagara Movement, the NAACP, the Urban League, the Atlanta compromise, the Farmers' Alliance, Brotherhood of Sleeping Car Porters, and the anti-lynching crusade). | C, H, P, T |
| AAH.24 | Identify influential African Americans of the time period, and analyze their impact on American and Tennessee society (e.g., Robert R. Church, Samuel McElwee, Randolph Miller, James Napier, Ida B. Wells). | C, H, P, T |
| AAH.25 | Describe the progress of African American institutions, such as religion, education, and benevolent organizations, during this era. | C, H, T |
| AAH.26 | Describe the economic, cultural, political, and social impact of African American migration within and from the South (e.g., Exodusters, Benjamin "Pap" Singleton, First Great Migration). | C, E, G, H, T |

C—Culture, E—Economics, G—Geography, H—History, P—Politics/Government, T—Tennessee
TCA—Tennessee Code Annotated: These standards are legally required to be taught.

122

## Rise of Totalitarianism and World War II (1930s-1945)

**Overview**: Students will analyze the rise of fascism and totalitarianism after World War I, the causes and course of World War II, and the military, economic, and political effects of the war.

| Standard Number | Content Standard | Content Strand |
|---|---|---|
| W.41 | Explain how economic instability, nationalism, and political disillusionment in Germany and Japan led to the rise of totalitarian regimes. | C, E, G, H, P |
| W.42 | Compare and contrast the rise to power, goals, and characteristics of Adolf Hitler, Benito Mussolini, and Joseph Stalin's totalitarian regimes. | C, E, G, H, P |
| W.43 | Analyze the role of geographic features and natural resources in increasing tensions prior to and during World War II. | E, G, H, P |
| W.44 | Compare the Italian, German, and Japanese efforts to expand their empires in the 1930s, including: the invasion of Ethiopia, German militarism, and atrocities in China. | C, E, G, H, P |
| W.45 | Explain the role of military alliances, appeasement, isolationism, and the domestic distractions in Europe and the U.S. prior to the outbreak of World War II. | C, E, G, H, P |
| W.46 | Describe how geography and technology (e.g., airplanes, advanced medicine, propaganda, radar) influenced wartime strategies, including: blitzkrieg, "island hopping," kamikaze, and strategic bombing. | E, G, H, P |
| W.47 | Describe the geography and outcomes of major battles and turning points of World War II in both the European and Pacific theaters, including:<br>• Battle of Britain<br>• Battle of Midway<br>• Battle of Stalingrad<br>• Battle of Normandy<br>• Battle of the Bulge | G, H, P |

C—Culture, E—Economics, G—Geography, H—History, P—Politics/Government, T—Tennessee
TCA—Tennessee Code Annotated: These standards are legally required to be taught.

| Standard Number | Content Standard | Content Strand |
|---|---|---|
| W.48 | Describe the roles of leaders during World War II, including the significance of:<br>- Winston Churchill<br>- Adolf Hitler<br>- Benito Mussolini<br>- President Franklin D. Roosevelt<br>- Joseph Stalin<br>- Hideki Tojo<br>- President Harry S. Truman | H, P |
| W.49 | Describe the persecution of Jews and other targeted groups in Europe leading up to World War II, and explain why many people were unable to leave and their efforts to resist persecution. | C, E, G, H, P |
| W.50 | Explain the state-sponsored mass murder of the Jews in Nazi-controlled lands, and describe the varied experiences of Holocaust survivors and victims. | C, G, H, P |
| W.51 | Explain the decisions made in the Atlantic Charter and at the Tehran, Yalta, and Potsdam Conferences. | G, H, P, T |
| W.52 | Describe the development of atomic bombs, and evaluate both the decisions to use them and the impact of their use. | C, G, H, P, T |
| W.53 | Describe the cultural, economic, geographic, and political effects of World War II, including:<br>- Casualties of the war (military and civilian)<br>- Changes to geopolitical boundaries<br>- Creation of the United Nations<br>- Destruction of cultural heritage<br>- Division of Germany<br>- Impact of the Nuremberg trials<br>- Refugees and displaced populations | C, E, G, H, P, T |
| W.54 | Summarize the nature of reconstruction in Europe after 1945, including both the economic and political purposes of the Marshall Plan. | C, E, G, H, P |
| W.55 | Explain the origins and significance of the establishment of the State of Israel, and describe the reactions by surrounding Arab countries to the United Nations' decision to establish Israel. | C, G, H, P |
| W.56 | Describe the economic and military power shift at the end of World War II, such as Soviet control over Eastern Europe and the economic recoveries of Germany and Japan. | C, E, G, H, P |

C—Culture, E—Economics, G—Geography, H—History, P—Politics/Government, T—Tennessee
TCA—Tennessee Code Annotated: These standards are legally required to be taught.