# EXHIBIT U

Case 1:25-cv-00091-LM   Document 34-23   Filed 03/21/25   Page 1 of 3





**Oklahoma Academic Standards for Social Studies** Introduction

# Introduction

The Oklahoma Academic Standards for Social Studies is the result of the contributions of hundreds of social studies educators, representatives of higher education, tribal representatives, and community members. This document reflects a balanced synthesis of the work of all members of the Oklahoma Academic Standards for Social Studies Writing and Draft Committees.

The standards specify what students should know and be able to do as learners of social studies at the end of each grade level or social studies course. The order of the standards at any grade level is not meant to imply a sequence of topics and should be considered flexible for the organization of any course.

The Oklahoma Academic Standards for Social Studies were informed by the National Council of the Social Studies (NCSS) Skills Framework , the Center for Civic Education Civics Standards, the National Council for Geographic Education (NCGE) Geography for Life Standards, the Council for Economic Education Voluntary National Content Standards in Economics, the National Council for History Education (NCHE) Habits of Mind, the National Center for History in the Schools Standards for Historical Thinking, the Oklahoma Academic Standards for English Language Arts and Social Studies, and other states' standards documents.

## Standards Overview

Having a literate citizenry rests on a commitment to democratic values and the practice of them. It requires the ability to use knowledge about one's community, nation and world, apply inquiry processes, and employ skills of data collection and analysis, collaboration, decision-making; and problem-solving. Young people who are knowledgeable, skillful, and committed to democracy are necessary to sustaining and improving the democratic way of life.  This will also enable our students to become participating members of a global community.  A well-rounded, vigorous social studies education encourages and enables each student to acquire a core of basic knowledge, an arsenal of useful skills, and a way of thinking drawn from many academic disciplines.  Thus equipped, students are prepared to become informed, contributing, and participating citizens in this democratic republic – the United States of America.

The standards are comprised of two primary components, content standards and social studies practices. The content standards designate specific learning targets at each grade level or course. These content standards are derived from the major disciplines of the social sciences: history, geography, civics and economics. The social studies practices define basic skills and disciplinary tools to prepare students for college, career, and civic life. These practices are meant to be integrated with the instruction of content standards.