# EXHIBIT W

3/19/25, 11:05 AM     Case 1:25-cv-00091-LM    Document 25   Welcome | State of New Hampshire Human Rights   Page 2 of 4



🌐 Change Site Language     🔍 Search The Site

**New Hampshire**
# Commission for Human Rights



☰ **OPEN MENU**



## How Can We Help You Today?

I want to:

| select an option | ⌄ |

I need information on:

| select an option | ⌄ |

# Welcome to the New Hampshire Commission for Human Rights

We are a state agency established by RSA 354-A for the purpose of education and enforcement of the law against discrimination in employment, housing, places of public accommodation and K-12 public schools, because of age, sex, sexual orientation, gender identity, race, creed/religion, color, marital status, familial status, disability or national origin.

## Types of Discrimination

Employment Discrimination ❯

Housing Discrimination ❯

Public Accommodation Discrimination ❯

https://www.humanrights.nh.gov/#:~:text=Welcome to the New Hampshire,status%2C disability or national origin      1/3

Case 1:25-cv-00091-LM    Document 25    Filed 06/12/25



### K-12 Public Schooling Discrimination ›

## Quick Links

---

### New Hampshire
## Commission for Human Rights

**57 Regional Drive, Suite 8, Concord, NH 03301**

Phone: (603) 271-2767 | TDD Access: Relay NH (800) 735-2964

Email: humanrights@hrc.nh.gov

**Hours:** Monday - Friday | 8AM - 4PM

---

Driving Directions

---

Contact the Human Rights Commission

Inquiries

Submit a Complaint

Request a File Copy

---

NH Government Careers

NH Travel & Tourism

NH Web Portal - NH.gov

ReadyNH.gov

Transparent NH

© 2025 State of New Hampshire • All rights reserved **AN OFFICIAL NEW HAMPSHIRE GOVERNMENT WEBSITE**

Accessibility Policy    |    Privacy Policy