# EXHIBIT Z



| ≡ | diversity, equity and inclusion | 🔍 |

**Definition**  **Example Sentences**  **Word History**  **Rhymes**  **Entries Near**  **Show More ⌄**    **Save Word 🔖+**

# diversity, equity and inclusion *noun*

**variants** *or less commonly* **diversity, equity, and inclusion**

**1** : a set of values and related policies and practices focused on establishing a group culture of *equitable* and *inclusive* treatment and on attracting and retaining a *diverse* group of participants, including people who have historically been excluded or discriminated against

> Through our continued focus on *diversity, equity and inclusion*, we are increasing the number of female attorneys, people of color, and members of the LGBTQ+ community in the leadership pipeline.
> – Phillip G. Hampton, II, quoted in *The Madison-St. Clair (Illinois) Record*

> … we strongly believe in *diversity, equity, and inclusion* and take many steps toward promoting this through mentoring, internship programs and ensuring equity in pay and opportunity …
> – Jonathan Garcia, quoted in *The San Antonio (Texas) Business Journal*

> This means we practice *diversity, equity and inclusion* in all we do. It includes investing in our people and creating a culture of care.
> – Lisa Toppin

→ often used before another noun

> Virtually every university, government agency and major corporation has embraced some type of *diversity, equity and inclusion* policies … to ostensibly promote a more open, equitable and, well, inclusive workplace.
> – *Orange County (California) Register*

> The legal battle comes amid a string of attacks against *diversity, equity and inclusion* (DEI) programs in corporate America, schools and higher education in recent months.
> – Niquel Terry Ellis

→ abbreviation *DEI*

**2** : the state of having a diverse group of participants as well as policies and norms that are equitable and inclusive

> Whether within a company or in the community, achieving *diversity, equity and inclusion* (DEI) is a journey and a job that is far from done.
> – David M. Velazquez and Laron Evans

→ abbreviation *DEI*

## Examples of *diversity, equity and inclusion* in a Sentence

### Recent Examples on the Web

ⓘ Examples are automatically compiled from online sources to show current usage. Read More

> The letter is critical of **diversity, equity and inclusion** practices and programs, which conservatives have criticized for years.
> – Arthur Jones Ii, *ABC News*, 27 Feb. 2025

> Paramount has taken part in a number of **diversity, equity and inclusion** efforts.
> – Russell Leung, Lillian Rizzo, *CNBC*, 27 Feb. 2025

See More ⌄

## Word History



## Time Traveler

**The first known use of *diversity, equity and inclusion* was in 2001**

See more words from the same year

## Rhymes for *diversity, equity and inclusion*

| | |
|---|---|
| allusion | collusion |
| conclusion | confusion |
| contusion | delusion |
| diffusion | effusion |
| exclusion | extrusion |
| illusion | infusion |

See All Rhymes for *diversity, equity and inclusion* >

## Browse Nearby Words

diversity

diversity factor

**diversity, equity and inclusion**

See All Nearby Words >

## Cite this Entry

**Style** MLA

"Diversity, equity and inclusion." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/diversity%2C%20equity%20and%20inclusion. Accessed 19 Mar. 2025.

Copy Citation

## Share

Last Updated: 2 Mar 2025 - Updated example sentences

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

Case 1:25-cv-00091-LM    Document 84-28    Filed 03/21/25    Page 4 of 5



| Definition | Example Sentences | Word History | Rhymes | Entries Near | Show More ⌄ |

## More from Merriam-Webster



Can you solve 4 words at once?

**Play**



**WORD OF THE DAY**

# juggernaut 🔊

See Definitions and Examples »

Get Word of the Day daily email!

| Your email addre | **SUBSCRIBE** |

## Popular Features



How to Use Em Dashes (—), En Dashes (–) , and Hyphens (-)

13 Unusually Long English Words

9 Superb Owl Words

See More ›

## Games & Quizzes

Definition | Example Sentences | Word History | Rhymes | Entries Near | Show More



**Quordle**
Can you solve 4 words at once?
Play



**Blossom Word Game**
Pick the best words!
Play



**Missing Letter**
A daily crossword with a twist
Play



**12-Letter Words Quiz**
A dozen words, a dozen letters each.
Take the quiz

See All



Learn a new word every day. Delivered to your inbox!

SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Diversity | Privacy Policy | Terms of Use

© 2025 Merriam-Webster, Incorporated