# EXHIBIT AA

Case 1:25-cv-00091-LM          Document 24-20          Filed 02/21/25          Page 2 of 6

diversity

| Dictionary | Thesaurus |

# diversity *noun*

di·ver·si·ty     | də-ˈvər-sə-tē 🔊 |     dī-

**plural diversities**

Synonyms of *diversity* >

**1** : the condition of having or being composed of differing elements : **VARIETY**

  *especially* : the inclusion of people of different races (see RACE entry 1 sense 1a), cultures, etc. in a group or organization

  | programs intended to promote *diversity* in schools

  → see also DIVERSITY, EQUITY AND INCLUSION

**2** : an instance of being composed of differing elements or qualities : an instance of being **diverse**

  | a *diversity* of opinion

## Synonyms

| | |
|---|---|
| assortment | diverseness |
| heterogeneity | heterogeneousness |
| manifoldness | miscellaneousness |
| multifariousness | multiplicity |
| variety | variousness |

See All Synonyms & Antonyms in Thesaurus >

## Examples of *diversity* in a Sentence

Another factor in Burns' rise has been the strength and depth of Xerox's commitment to **diversity**. One-third of Xerox's 3,819 executives are women and 22% are minorities.
— Nanette Byrnes et al., *Business Week*, 8 June 2009

Jim, a lanky, bearded 35-year-old, knows a lot about heirloom fruits and vegetables. He works with the Southern Seed Legacy in Athens, Georgia, an organization devoted to preserving the seeds of heirloom plants in order to restore some of the genetic **diversity** that industrial agriculture has eroded over the years.
— Gary Paul Nabhan, *Saveur*, October 2009

Even more eccentric is the treatment of the British Empire. Stretching over three centuries and six continents, you might have expected that its extent, duration, and **diversity** would have made it immune to facile interpretation.
— David Gilmour, *New York Review*, 2 Nov. 2006

The media flood the nation's editorial markets with testimonies to the piebald character of the American democracy jumbled together from a wonderful **diversity** of colors, creeds, and cultural dispensations, which is a swell story, but in the United States Senate not one visible to the naked eye.
— Lewis H. Lapham, *Harper's*, March 2005

See More ⌄

## Recent Examples on the Web

ⓘ  Examples are automatically compiled from online sources to show current usage. Read More

Case 1:25-cv-00091-LM    Document 34-30    Filed 03/21/25    Page 3 of 6

| Dictionary | Thesaurus |
| --- | --- |

Iconic Architecture in Puglia Photo: Getty Images Often referred to as the heel of Italy's boot, Puglia is a landscape of raw beauty and intense **diversity** (just look to its rocky coastlines, ancient olive groves, and quiet countrysides for proof).

— Nicole Kliest, *Vogue*, 10 Mar. 2025

They were also surveyed about whether their research included any **diversity** or climate change initiatives -- among other questions that roughly align with recent executive orders.

— Sony Salzman, *ABC News*, 9 Mar. 2025

O'Dwyer is the British Fashion Council NewGen recipient for 2022–23 and 2023–24, and one of fashion's most celebrated champions of **diversity** today.

— The Glamour Editors, *Glamour*, 8 Mar. 2025

See All Example Sentences for *diversity* ›

## Word History

### Etymology

Middle English *dyversite* "difference, separateness, variety," borrowed from Anglo-French & Latin; Anglo-French *diverseté, diversité,* borrowed from Latin *dīversitāt-, dīversitās* "separateness, condition of being different, difference of opinion," from *dīversus* "turned in different directions, situated apart, differing" + *-itāt-, -itās* -ITY — more at DIVERSE

### First Known Use

14th century, in the meaning defined at sense 1

### Time Traveler

**The first known use of *diversity* was in the 14th century**

See more words from the same century

## Phrases Containing *diversity*

diversity, equity, and inclusion

## Rhymes for *diversity*

| | |
| --- | --- |
| adversity | perversity |
| biodiversity | polydispersity |
| university | |

See All Rhymes for *diversity* ›

## Browse Nearby Words

| | |
| --- | --- |
| diversionist | **diversity** |
| diversity, equity and inclusion | |

See All Nearby Words ›

Case 1:25-cv-00091-LM          Document 24-20          Filed 02/21/25          Page 4 of 6



| Dictionary | Thesaurus |

**Back to School Vocabulary**

**The Good, The Bad, & The...**

**Cite this Entry**

Style   MLA ▾

"Diversity." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/diversity. Accessed 19 Mar. 2025.

⧉ Copy Citation

**Share**

Ⓕ  Ⓧ

**Kids Definition**

# diversity  *noun*

di·ver·si·ty    da-ˈvər-sət-ē ◀)    dī-

**plural** **diversities**

1    : the condition of being different

2    : an instance or a point of difference

**Legal Definition**

# diversity  *noun*

di·ver·si·ty    da-ˈvər-sa-tē, dī- ◀)

: **DIVERSITY OF CITIZENSHIP**

**More from Merriam-Webster on** *diversity*

Nglish:   Translation of *diversity* for Spanish Speakers

Case 1:25-cv-00091-LM    Document 34-30    Filed 02/21/25    Page 5 of 6



| Dictionary | Thesaurus |
|---|---|

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

---

**More from Merriam-Webster**



Can you solve 4 words at once?

**Play**



WORD OF THE DAY

*juggernaut*

See Definitions and Examples »

Get Word of the Day daily email!

| Your email addre | **SUBSCRIBE** |
|---|---|

---

**Popular Features**



How to Use Em Dashes (—), En Dashes (–) , and Hyphens (-)

13 Unusually Long English Words

9 Superb Owl Words

**See More** ›

Case 1:25-cv-00091-LM    Document 34-39    Filed 02/21/25    Page 6 of 6

| Dictionary | Thesaurus |
|------------|-----------|

**Quordle**
Can you solve 4 words at once?

**Play**

**Blossom Word Game**
Pick the best words!

**Play**

**Missing Letter**
A daily crossword with a twist

**Play**

**12-Letter Words Quiz**
A dozen words, a dozen letters each.

**Take the quiz**

See All ›

Learn a new word every day.
Delivered to your inbox!

Your email address

SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Diversity | Privacy Policy | Terms of Use

© 2025 Merriam-Webster, Incorporated