# EXHIBIT AC

inclusion

Dictionary | Thesaurus

# inclusion noun

in·clu·sion  in-ˈklü-zhən

Synonyms of *inclusion* >

**1** : the act of including : the state of being included

**2** : something that is included: such as
  **a** : a gaseous, liquid, or solid foreign body enclosed in a mass (as of a mineral)
  **b** : a passive usually temporary product of cell activity (such as a starch grain) within the cytoplasm or nucleus

**3** : the act or practice of including students with disabilities with the general student population
  > *Inclusion* refers to a variety of integration approaches, but the goal is to blend special education students into the traditional classroom.
  > — Suevon Lee
  → sometimes used before a noun
  > an *inclusion* classroom/school

**4** : the act or practice of including and accommodating people who have historically been excluded (as because of their race, gender, sexuality, or ability)
  > … academic libraries have traditionally struggled to address problems of equity, diversity and *inclusion*. The low representation of people of color in library staff has been a particular shortcoming, despite many initiatives to attract minority staff to the field.
  > — Lindsay McKenzie
  > Tech workers say they are more interested in diversity and are more willing to work to promote *inclusion* in their workplace …
  > — Jessica Guynn
  > Meaningful civic *inclusion* even now eludes many of our fellow citizens who are recognizably of African descent.
  > — Glenn C. Loury

**5**  mathematics  : a relation between two classes (see CLASS sense 3c) that exists when all members of the first class are also members of the second
  → compare MEMBERSHIP sense 3

**inclusionary**  in-ˈklü-zhə-ner-ē  *adjective*

## Examples of *inclusion* in a Sentence

### Recent Examples on the Web

ⓘ Examples are automatically compiled from online sources to show current usage. Read More

> Embrace Communities Around Inclusive Leadership Finding safe spaces to process the firehose of misinformation and disappointment around the attack on diversity, equity, and **inclusion** is prudent.
> — Simone E. Morris, *Forbes*, 15 Mar. 2025

> Slusser is the most recent of the group to enter the battle against trans **inclusion** in women's sports after joining the Gaines lawsuit in September over her experience with transgender teammate Blaire Fleming.

| Dictionary | Thesaurus |
|---|---|

— Nathaniel Weixel, *The Hill*, 14 Mar. 2025

But in concessions to Merz's Conservatives, the version of the law that passed excised a clause that would have required all German film productions to meet specific diversity, gender equality, **inclusion** and anti-discrimination standards.
— Scott Roxborough, *The Hollywood Reporter*, 13 Mar. 2025

See All Example Sentences for *inclusion*

## Word History

### Etymology

Latin *inclusion-, inclusio*, from *includere*

### First Known Use

15th century, in the meaning defined at sense 1

### Time Traveler

**The first known use of *inclusion* was in the 15th century**

See more words from the same century

## Phrases Containing *inclusion*

diversity, equity, and inclusion

inclusion body

## Rhymes for *inclusion*

| | |
|---|---|
| allusion | collusion |
| conclusion | confusion |
| contusion | delusion |
| diffusion | effusion |
| exclusion | extrusion |
| illusion | infusion |

See All Rhymes for *inclusion*

## Browse Nearby Words

| | |
|---|---|
| incluse | **inclusion** |
| inclusion body | |

See All Nearby Words

Dictionary | Thesaurus

**Style** MLA

"Inclusion." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/inclusion. Accessed 19 Mar. 2025.

Copy Citation

## Share

## Kids Definition

# inclusion *noun*

in·clu·sion  in-ˈklü-zhən

1  **:** the act of including **:** the state of being included

2  **:** something that is included

## Medical Definition

# inclusion *noun*

in·clu·sion  in-ˈklü-zhən

**:** something that is included

*especially* **:** a passive usually temporary product of cell activity (as a starch grain) within the cytoplasm or nucleus

## More from Merriam-Webster on *inclusion*

Thesaurus: All synonyms and antonyms for *inclusion*
Nglish: Translation of *inclusion* for Spanish Speakers

Last Updated: 18 Mar 2025 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**



### More from Merriam-Webster



Can you solve 4 words at once?

**Play**



**WORD OF THE DAY**

**juggernaut** 🔊

See Definitions and Examples »

Get Word of the Day daily email!

[Your email addre]  **SUBSCRIBE**

### Popular Features

- How to Use Em Dashes (—), En Dashes (–), and Hyphens (-)
- 13 Unusually Long English Words
- 9 Superb Owl Words

See More ›

### Games & Quizzes

Dictionary Thesaurus

**Quordle**
Can you solve 4 words at once?
Play

**Blossom Word Game**
Pick the best words!
Play

**Missing Letter**
A daily crossword with a twist
Play

**12-Letter Words Quiz**
A dozen words, a dozen letters each.
Take the quiz

See All ›

**Learn a new word every day. Delivered to your inbox!**

Your email address

SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Diversity | Privacy Policy | Terms of Use

© 2025 Merriam-Webster, Incorporated

