# EXHIBIT AE

3/21/25, 11:02 AM
Feb. 18: New federal directives | Federal Updates | Colorado State University
Case 1:25-cv-00091-LM   Document 34-33   Filed 03/21/25   Page 3 of 4



English

# Feb. 18: New federal directives

February 18, 2025

Dear Colorado State University Community,

Colorado State University was founded on the powerful idea that a world-class education should be available to anyone with the ability and desire to attend college. That's been our mission since 1870, and it is as important and relevant today as it was when we were founded. At a time when our nation is facing shifting federal priorities, the success of all CSU students as both scholars and members of democratic society is steadfastly our top priority as we continue to strengthen our mission of teaching, research and service for the benefit of Colorado, the nation and the world.

At CSU, our leadership team has been carefully monitoring and analyzing all federal directives coming from the new presidential administration. Today I write to share how the most recent guidance, published Friday by the U.S. Department of Education, may impact our university. As we navigate these changes, we will keep our focus on CSU's land-grant mission, put service to our students first and prioritize faculty and staff.

The Department published what is known as a "**Dear Colleague letter**" directed to all K-12 schools, colleges and universities in the nation. This letter follows an earlier DEI-centered executive order titled **"Ending illegal discrimination and restoring merit-based opportunity."** Friday's letter describes how the administration interprets and intends to enforce federal nondiscrimination laws in an educational setting. It makes it clear that organizations which fail to comply will put their federal funding at risk.

CSU must follow state and federal law. We are confident that the institution currently complies with the law, as we do not use race as a factor in admissions, financial aid, employment or housing, and our cultural centers and identity-based support resources are open to all students. However, the new administration's interpretation of law marks a change. Given the university's reliance on federal funding, it is necessary to take additional steps to follow the federal administration's new interpretations. Federal funding makes up roughly one-third of CSU's overall budget and includes funding for research, student programs, community partnerships and federal financial aid.

Starting today, CSU will begin to adjust to the new federal directives. We will shift some employee job duties and human resources policies and processes, and we will make some changes to CSU's websites to reflect the institution's compliance with federal guidelines.

The path forward may challenge our campus in different ways. For some members of our community, these changes will be disruptive and concerning, and I understand that many individuals feel uncertain. I

ask that we extend grace, dignity and respect to each of our fellow Rams. If you need assistance or someone to talk to, please take advantage of the many **support programs** offered to students, faculty and staff. CSU leaders will continue to work directly with impacted individuals and groups across campus to provide support and guidance.

The situation remains fluid, and we want to keep you informed. On Feb. 8, we launched a **Federal Updates website** to serve as a reliable source of information for the campus community. Questions related to impacts on **federally funded grants, agreements and contracts** may be directed to the Office of the Vice President for Research at **VPR_Support@colostate.edu** . Additional questions about federal changes and impacts may be directed to **CSU_FederalQuestions@colostate.edu**.

As a CSU alum and longtime employee, I have been part of the university community for most of my life. We have seen CSU grow into one of the nation's leading land-grant universities. We have always worked together when facing change and uncertainty and have emerged with strength. The actions we must take now are aimed at positioning CSU for continued success and a bright future. By continuing to put students first and focusing on our land-grant mission, we will see our way through the changing federal landscape with resilience.

The heart of what it means to be a Ram – a commitment to unlocking the doors of opportunity for all – will remain strong. We will continue to provide timely and relevant information to the CSU community.

Sincerely,

Amy Parsons, President

**Colleges:**
- Agricultural Sciences
- Business
- Walter Scott, Jr. College of Engineering
- Health and Human Sciences
- Liberal Arts
- Warner College of Natural Resources
- Natural Sciences
- Veterinary Medicine and Biomedical Sciences

**Schools & Programs:**
- Graduate School
- International Programs
- Online Degrees and Courses
- School of Materials Science and Engineering

- School of Music, Theatre and Dance
- School of Biomedical Engineering
- School of Education
- School of Global Environmental Sustainability
- School of Social Work
- School of Public Health



Contact CSU    Disclaimer    Equal Opportunity    Privacy Statement    Accessibility Statement

© 2025 Colorado State University