# EXHIBIT AF

3/21/25, 11:03 AM
'A message from President Gold on OCR's 'Dear Colleague' letter' | Newsroom | University of Nebraska Medical Center
Case 1:25-cv-00091-LM    Document 24-34    Filed 03/21/25    Page 2 of 5



Newsroom — 'A message from President Gold on OCR's 'Dear Colleague' letter'

# 'A message from President Gold on OCR's 'Dear Colleague' letter'

WRITTEN BY University of Nebraska System    PUBLISHED Feb 21, 2025



**University of Nebraska System President Jeffrey P. Gold, MD**

University of Nebraska System President Jeffrey P. Gold, MD, sent the following message to university faculty, staff and students on Thursday, Feb. 20.

Dear Faculty, Staff, and Students,

3/21/25, 11:03 AM  'A message from President Gold on OCR's 'Dear Colleague' letter' | Newsroom | University of Nebraska Medical Center

Case 1:25-cv-00091-LM   Document 34-34   Filed 03/21/25   Page 3 of 5

I am reaching out regarding the U.S. Department of Education Office for Civil Rights' (OCR) "Dear Colleague" letter that was released last week.

The letter references "discriminatory practices" that OCR asserts have been conducted "under the banner of diversity, equity and inclusion" and outlines federal requirements to restrict such initiatives at institutions receiving federal financial support.

The letter also reiterates existing legal requirements under Title VI of the Civil Rights Act of 1964 and signals that the Department of Education will apply a broad interpretation of the 2023 Supreme Court decision in Students for Fair Admissions v. Harvard, which found race-conscious admissions programs to be unlawful.

According to the OCR, the prohibition on race-based considerations extends beyond admissions to decisions related to hiring, promotion, compensation, financial aid, scholarships, awards, administrative support, discipline, housing, graduation ceremonies, and all other aspects of student, academic, and campus life. The letter notes that OCR will begin assessing compliance by February 28.

The letter also outlines consequences for direct and non-direct noncompliance – most notably the entire university system becoming ineligible for all federal funding, which could have a significant impact on our university.

In response to this letter, our university has initiated an immediate, chancellor-led comprehensive review of potentially relevant activities on each campus. This process allows each campus to evaluate its current programs, positions and policies and take appropriate measures to align with the Department's directives with the information we have thus far. The letter also states that more information and legal guidance will be forthcoming. As soon as we receive these updates, we will share them with you.

We recognize that these changes may raise significant questions and uncertainties. Please know that we remain committed to keeping you informed as we navigate this evolving landscape together. Thank you for your continued dedication to our university community.

Sincerely,

Jeffrey P. Gold, MD
President, University of Nebraska System

SHARE



## Tags

[UNMC Community](#), [UNMC Today - Today's Headlines](#)

Work at UNMC

Get Directions

Apply

Back to Top ↑



42nd and Emile
Omaha, Nebraska 68198
402-559-4000

Contact Us →

Directory →

Events →

3/21/25, 11:03 AM  'A message from President Gold on OCR's 'Dear Colleague' letter | Newsroom | University of Nebraska Medical Center

Case 1:25-cv-00091-LM    Document 34-34    Filed 03/21/25    Page 5 of 5

Library →

Services & Resources →

Only in Nebraska: A Campaign for Our University's Future →



© 2025 University of Nebraska Medical Center

Policies   Legal & Privacy   Non-Discrimination   Accessibility   Report a Concern