# EXHIBIT AG

Subscribe

Flash Sale! Unlimited Digital Access - $5 for the first month

GRAND RAPIDS

# Muskegon Community College suspends DEI programs amid Trump mandates

Updated: Mar. 07, 2025, 4:06 p.m. | Published: Mar. 06, 2025, 1:32 p.m.



Muskegon Community College has suspended Diversity, Equity and Inclusion (DEI) programming, following the Trump administration's threat to withhold federal funding from schools that don't end initiatives. Alison Zywicki | azywicki Alison Zywicki | azywicki

   

By **Danielle James | djames@mlive.com**

MUSKEGON, MI - Muskegon Community College has suspended Diversity, Equity and Inclusion (DEI) programming, following the Trump administration's threat to withhold federal funding from schools that don't end initiatives.

Muskegon Community College (MCC) President John Selmon said pending litigation is challenging the administration's positions and legal interpretations, "and we are monitoring those proceedings."



0:00 / 1:00

"However, during this period of uncertainty, in consultation with legal counsel, MCC has paused programming and work in the areas of diversity, equity and inclusion to minimize the risk of any interruption of critical federal financial assistance relied upon by our students."

The college has also modified its mission and vision statements in response as of Feb. 28, 2025.

On the decision, Selmon said, "As always, our biggest responsibility is to do everything we can to help all students succeed."

He said the college's decision to pause its work in the DEI space was made as a direct result of recent federal communications.

In a Feb. 14 "Dear Colleague" letter, the U.S. Department of Education Office of Civil Rights gave K-12 schools, colleges and universities 14 days to eliminate diversity initiatives, including "race-based decision-making," or risk losing federal funding.

The letter, signed by Acting Assistant Secretary for Civil Rights Craig Trainor, said programs like DEI promote discrimination in "less direct, but equally insidious, ways."

The letter follows executive orders signed by President Trump that seek to end DEI programs, both in schools and in the federal workforce.

Selmon said the college reviewed the letter with its legal counsel.

That review, "the uncertain legal landscape regarding enforcement, and implementation by the Education Department of that interpretation," led the college to conclude that continuing to offer DEI programming "could place absolutely necessary federal financial assistance at risk."

**RELATED: As Trump orders end to DEI, WMU says its diversity practices are constitutional**

David Takitaki, a professor at Ferris State University and part-time MCC professor in the college's political science department, said in a Facebook post that approximately 29% of MCC's revenue comes from federal contracts, while 33% comes from tuition and fees.

"Since a significant portion of those tuition dollars come through Federal Student Aid, you're looking at likely half of all revenues that would be cut off," he said.

In addition, community colleges can receive supplemental federal grant dollars to advance their programming.

In April 2024, MCC received a $1.1 million grant to bolster its computer information systems and manufacturing programs. The college was designated as a sub-recipient of the Strengthening Community College Training Grant from the U.S. Department of Labor, getting part of $5.5 million that was received by Grand Rapids Community College through a grant application.

Takitaki said Selmon sent out several letters to faculty and staff in response to Trump administration action, first telling staff the college was waiting on official guidance from the Department of Education and later informing of the Dear Colleague letter.

In the days since receiving the letter, MCC has disabled a webpage with DEI resources and information.

The college had been a partner with the Community Foundation for Muskegon County in a two-month skills training series relating to diversity, equity, inclusion and belonging in February and March.

The final two of four session dates are scheduled for March 11 and 25.

Selmon said MCC is now "not pursuing any DEIB trainings in connection with its educational programs for enrolled students."

The school's vision statement, which was previously "an educated, inclusive community," has been changed to "an educated, thriving community."

The mission statement was previously "Muskegon Community College, dedicated to equity and excellence, prepares students, builds communities and improves lives."

It is now, "Muskegon Community College, dedicated to excellence, prepares students, builds communities and improves lives."

The college also concluded that continuing to employ DEI personnel could jeopardize funding, Selmon said.

The letter sent by the college confirmed that two employees previously assigned to DEI-related positions have been shifted to other areas.

"I have great sympathy for the MCC administration and board of trustees who were put in an impossible situation," Takitaki said in his Facebook post. "They bear no blame for these changes, as this was the only choice anyone could make if your priority was on the students attending your institution."

"I expect more colleges and universities to make similar concessions, and I expect some will go further and attempt to modify curriculum in order to avoid the wrath of those who would erase history and ignore reality," he added. "I do not blame those educators and administrators who, with a metaphorical gun to their heads, do their best to preserve vital educational access and opportunities for students."

*If you would like more reporting like this delivered free to your inbox, click here and signup for our weekly newsletter: Michigan Schools.*

READ MORE MLIVE EDUCATION STORIES:

$5.9M in renovations approved for Kalamazoo school athletic facilities

Therapy dogs could be allowed at Jackson Public Schools in new proposal

Michigan educators brace for impact after Trump orders federal education cuts

These 2 Ann Arbor schools to merge due to smaller one's enrollment, financial woes

140 University of Michigan nursing students get scholarships with $2M grant

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.



▼ About Us

Contact Us
Jobs at MLive
MLive Media Group
Our Team
Advertise with us
Accessibility Statement

▼ Subscriptions

[MLive.com](MLive.com)
[Newsletters](Newsletters)
[The Ann Arbor News](The Ann Arbor News)
[The Bay City Times](The Bay City Times)
[The Flint Journal](The Flint Journal)
[The Grand Rapids Press](The Grand Rapids Press)
[Jackson Citizen Patriot](Jackson Citizen Patriot)
[Kalamazoo Gazette](Kalamazoo Gazette)
[Muskegon Chronicle](Muskegon Chronicle)
[The Saginaw News](The Saginaw News)

▼ Already a Subscriber

[Manage your Subscription](Manage your Subscription)
[Place a Vacation Hold](Place a Vacation Hold)
[Make a Payment](Make a Payment)
[Delivery Feedback](Delivery Feedback)

▼ MLive Sections

[Jobs](Jobs)
[Autos](Autos)
[Real Estate](Real Estate)
[Rentals](Rentals)
[Classifieds](Classifieds)
[News](News)
[Business](Business)
[Sports](Sports)
[Advice](Advice)
[High School Sports](High School Sports)
[Betting](Betting)
[Life](Life)
[Opinion](Opinion)
[Obituaries](Obituaries)

▼ Your Regional News Pages

[Saginaw](Saginaw)
[Jackson](Jackson)
[Kalamazoo](Kalamazoo)
[Muskegon](Muskegon)
[Ann Arbor](Ann Arbor)
[Bay City](Bay City)
[Flint](Flint)
[Grand Rapids](Grand Rapids)

▼ Mobile

Mobile apps

▼ More on MLive

Video
Weather
Post a job
Archives
Classifieds
Sell your car
Sell/Rent your home
Sponsor Content

▼ Follow Us

Twitter
Facebook
YouTube
RSS

| Privacy Policy | User Agreement | ▷Ad Choices

# ADVANCELOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement, (updated 8/1/2024) and acknowledgement of our Privacy Policy, and Your Privacy Choices and Rights (updated 1/1/2025).

© 2025 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.

▷Ad Choices