# EXHIBIT AH

3/19/25, 11:41 AM U.S. Department of Education Cancels Additional $350 Million in Woke Spending | U.S. Department of Education

Case 1:25-cv-00091-LM    Document 84-36    Filed 03/24/25    Page 2 of 3



An official website of the United States government  Here's how you know



**U.S. Department of Education**

HOME  /  ABOUT US  /  NEWSROOM  /  PRESS RELEASES

**PRESS RELEASE**

# U.S. Department of Education Cancels Additional $350 Million in Woke Spending

Contracts and grants terminated at several Regional Educational Laboratories and Equity Assistance Centers

FEBRUARY 13, 2025

Today, the U.S. Department of Education cancelled over $350 million in contracts and grants to several Regional Educational Laboratories and Equity Assistance Centers.

The Department terminated 10 contracts totaling $336 million with the Regional Educational Laboratories, the purpose of which are supposed to support applied research, development, and technical assistance activities; however, review of the contracts uncovered wasteful and ideologically driven spending not in the interest of students and taxpayers. For example, the Regional Educational Laboratory Midwest has been advising schools in Ohio to undertake "equity audits" and equity conversations. The Department plans to enter into new contracts that will satisfy the statutory requirements, improve student learning, and better serve school districts, State Departments of Education, and other education stakeholders.

The Department also terminated grants to four Equity Assistance Centers totaling $33 million, which supported divisive training in DEI, Critical Race Theory, and gender identity for state and local education agencies as well as school boards.

**CONTACT**

Press Office  |  press@ed.gov  |  (202) 401-1576  |  Office of Communications and Outreach (OCO)

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: February 14, 2025

## Pay for College

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

## Educational Resources

3/19/25, 11:41 AM U.S. Department of Education Cancels Additional $350 Million in Woke Spending | U.S. Department of Education

Case 1:25-cv-00091-LM    Document 84-36    Filed 03/21/25    Page 3 of 3

504 Plans

FERPA

IEPs (Individualized Education Program)

**Teaching Resources**

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

**File a Report**

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

**About Us**

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

**News**

Press Releases

Homeroom Blog

Subscriptions

**Site Notices and Privacy Policies**

Accessibility Support

**ED Archive**

# U.S. Department of Education

 
ES
   


www.ed.gov
An official website of the Department of Education

| About Dept of Education | Accessibility Support | No FEAR Act data | Office of the Inspector General | Performance reports |
|---|---|---|---|---|
| FOIA | Privacy Policy | ED Archive | | |

Looking for U.S. government information and services? **Visit USA.gov**