# EXHIBIT AI

3/19/25, 11:42 AM U.S. Department of Education Cuts Over $600 Million in Divisive Teacher Training Grants | U.S. Department of Education

Case 1:25-cv-00091-LM Document 34-37 Filed 03/21/25 Page 2 of 3

 An official website of the United States government  Here's how you know

 U.S. Department of Education

HOME / ABOUT US / NEWSROOM / PRESS RELEASES

PRESS RELEASE

# U.S. Department of Education Cuts Over $600 Million in Divisive Teacher Training Grants

U.S. Department of Education Cuts $600 Million in Grants Used to Train Teachers and Education Agencies on Divisive Ideologies

FEBRUARY 17, 2025

The U.S. Department of Education today announced it has terminated over $600 million in grants to institutions and nonprofits that were using taxpayer funds to train teachers and education agencies on divisive ideologies. Training materials included inappropriate and unnecessary topics such as Critical Race Theory; Diversity, Equity, and Inclusion (DEI); social justice activism; "anti-racism"; and instruction on white privilege and white supremacy. Additionally, many of these grants included teacher and staff recruiting strategies implicitly and explicitly based on race.

The grants are awarded to teacher preparation programs that train future classroom teachers. Examples from the grant applications included:

- Requiring practitioners to take personal and institutional responsibility for systemic inequities (e.g., racism) and critically reassess their own practices;
- Receiving professional development workshops and equity training on topics such as "Building Cultural Competence," "Dismantling Racial Bias" and "Centering Equity in the Classroom";
- Acknowledging and responding to systemic forms of oppression and inequity, including racism, ableism, "gender-based" discrimination, homophobia, and ageism;
- Building historical and sociopolitical understandings of race and racism to interrupt racial marginalization and oppression of students in planning instruction relationship building discipline and assessment;
- Providing "targeted practices in culturally relevant and responsive teaching abolitionist pedagogies and issues of diversity in classroom management"; and
- Providing spaces for critical reflection to help educators confront biases and have transformative conversations about equity.

CONTACT

Press Office  |  press@ed.gov  |  (202) 401-1576  |  Office of Communications and Outreach (OCO)

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: February 18, 2025

---

**Pay for College**

Fill out the FAFSA

529 Plans

Loan Forgiveness

3/19/25, 11:42 AM U.S. Department of Education Cuts Over $600 Million in Divisive Teacher Training Grants | U.S. Department of Education

Case 1:25-cv-00091-LM Document 34-37 Filed 03/21/25 Page 3 of 3

1098 Tax Forms

**Educational Resources**

504 Plans

FERPA

IEPs (Individualized Education Program)

**Teaching Resources**

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

**File a Report**

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

**About Us**

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

**News**

Press Releases

Homeroom Blog

Subscriptions

**Site Notices and Privacy Policies**

Accessibility Support

**ED Archive**

# U.S. Department of Education


ES

www.ed.gov
**An official website of the Department of Education**

About Dept of Education | Accessibility Support | No FEAR Act data | Office of the Inspector General | Performance reports | FOIA

Privacy Policy | ED Archive

Looking for U.S. government information and services? **Visit USA.gov**