# EXHIBIT AL

3/19/25, 2:20 PM        'End DEI' portal is 'culmination' of her efforts, says M4L co-founder Justice - 03-05-2025 - Moms for Liberty news for Moms for Liber…

Case 1:25-cv-00091-LM    Document 34-40    Filed 03/21/25    Page 2 of 3

 NATIONAL HOME (HTTPS://MOMSFORLIBERTY.ORG)         LOGIN (/LOGIN/)
STORE (HTTPS://MOMSFORLIBERTY.ORG/STORE/)         ESPAÑOL (/ESPANOL/)

# 'End DEI' portal is 'culmination' of her efforts, says M4L co-founder Justice

For Moms for Liberty (https://www.momsforliberty.org/) co-founder Tiffany Justice, the U.S. Department of Education's (https://www.ed.gov/) creation of an "End DEI" public portal, where users can submit "reports of discrimination based on race of sex in public schools," is the "culmination" of her efforts to advance conservative parental values in the classroom.

Opponents of the online effort, called a "snitch line" by some, say it was created by conservatives to stamp out diversity, inclusion and equity efforts.

"Every child — no matter their state, neighborhood or background — deserves access to a world-class public education that inspires, empowers and prepares them for success," said Andrew Spar, president of Florida Education Association, the Sunshine State's largest association of professional employees, in a statement sent to FLORIDA TODAY.

"This means fully supporting our teachers and education staff professionals with fair pay, affordable healthcare and a secure path to retirement — enabling them to do what they love without political interference. It also means providing students with an honest education that reflects their experiences and history."

Justice, however, says the portal, which launched Feb. 27, is a way for the Department of Education to see the "breadth of the indoctrination" taking place in public schools.

"It's a betrayal what's been happening in the schools," Justice said. "This DOE portal is going to really give the department an opportunity to see, again, the landscape, what's really happening on the ground. They're going to be able to see fact patterns, and they're going to be able to do what they call directed investigations."

Justice, who helped on the project, said the "seed that was planted with Moms for Liberty has grown awareness all over the country" regarding issues Moms for Liberty and other conservative parents have pushed back on. But ultimately, she credits President Donald Trump and former wrestling executive Linda McMahon, who was confirmed Monday as secretary of education, with the creation of the portal.

READ THE FULL STORY HERE (https://www.floridatoday.com/story/news/2025/03/05/moms-for-libertys-justice-played-role-in-dept-of-eds-end-dei-portal/81167730007/)

 Print (/news/print-view/end-dei-portal-is-culmination-of-her-efforts-says-m4l-cofounder-justice/)
**Group(s):** Moms for Liberty
**Source:** Florida Today (/news/?q=source:Florida Today)
**Released:** March 05th, 2025 12:02 AM
**Author:** Finch Walker
**Website:** https://www.floridatoday.com/story/news/2025/03/05/moms-for-libertys-justice-played-role-in-dept-of-eds-end-dei-portal/81167730007/ (https://www.floridatoday.com/story/news/2025/03/05/moms-for-libertys-justice-played-role-in-dept-of-eds-end-dei-portal/81167730007/)
**Tag(s):**  NATIONAL (/news/?q=tag:national)

3/19/25, 2:20 PM 'End DEI portal is 'culmination' of her efforts, says M4L co-founder Justice - 03-05-2025 - Moms for Liberty news for Moms for Liber…

Case 1:25-cv-00001-JM Document 34-40 Filed 03/21/25 Page 3 of 3

Subscribe for Moms for Liberty News, Updates, and Events

## JOIN OUR MAILING LIST (/FORMS/GET-UPDATES)

Moms for Liberty is a 501(c)(4) nonprofit organization.

Moms for Liberty is dedicated to fighting for the survival of America by unifying, educating and empowering parents to defend their parental rights at all levels of government.

(https://www.facebook.com/Moms4Liberty)     (https://twitter.com/Moms4Liberty)

(https://www.instagram.com/moms4liberty/)

(https://www.youtube.com/channel/UC2H19eKURyI364Q3Rv-o_5g)

Privacy Policy (/privacy-policy/) / Terms of Use (/terms-of-use/) / Contact Us (/contact-us/) / Chapter Chair Log In (/committees/chapter-chairs/)

Phone: 321.345.1671 | Email: info@momsforliberty.org (mailto:info@momsforliberty.org) | Media: media@momsforliberty.org (mailto:media@momsforliberty.org)

Copyright © 2023