# EXHIBIT AM

3/19/25, 12:10 PM
Case 1:25-cv-00091-LM Document 34-41 Filed 03/21/25 Page 2 of 2
📣DEAR COLLEAGUE A letter has been sent to the... | Moms for Liberty | Facebook





## Moms for Liberty's Post



**Moms for Liberty** 
February 15 · 

📣DEAR COLLEAGUE
A letter has been sent to the departments of education in all 50 states, informing them that they have 14 days to eliminate all Diversity, Equity, and Inclusion (DEI) programs in their public schools. Institutions that do not comply may risk losing federal funding.

➡️ NO MORE Tax Payer Dollars will be spent on DEI!
➡️ Academic Achievement over woke ideologies!
➡️ Getting Back to the Basics!



