# EXHIBIT AO

 

## Post



**Moms for Liberty Hillsborough Co, NH**
@Moms4LibertyNH

We've got $500 for the person that first successfully catches a public school teacher breaking this law.

Students, parents, teachers, school staff… We want to know! We will pledge anonymity if you want.

> **The Free State** ✓ @FreeStateNH · Nov 11, 2021
> Public school teachers that teach critical race theory in New Hampshire will now lose their jobs and licenses.
>
> 
>
> # N.H Education Department launches system for parents to lodge discrimination complaints against teachers
>
> New Hampshire Public Radio | By **Sarah Gibson**
>
> Published November 10, 2021 at 4:31 PM EST

9:28 AM · Nov 12, 2021

💬 427    🔁 226    ♡ 245    🔖 20    ⬆️

 Read 427 replies

### New to X?

Sign up now to get your own personalized timeline!

🅖 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

↻ Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯   © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up