# EXHIBIT AP

3/19/25, 11:52 AM  DOJ, HHS, ED, and GSA Announce Initial Cancelation of Grants and Contracts to Columbia University Worth $400 Million | U.S. D…

Case 1:25-cv-00091-LM   Document 34-44   Filed 03/31/25   Page 2 of 4



An official website of the United States government  Here's how you know

U.S. Department of Education

HOME / ABOUT US / NEWSROOM / PRESS RELEASES

**PRESS RELEASE**

# DOJ, HHS, ED, and GSA Announce Initial Cancelation of Grants and Contracts to Columbia University Worth $400 Million

Members of the Joint Task Force to Combat Anti-Semitism take swift action to protect Jewish students in response to inaction by Columbia University

MARCH 7, 2025

**WASHINGTON —** Today, the Department of Justice (DOJ), Department of Health and Human Services (HHS), Department of Education (ED), and the U.S. General Services Administration (GSA) announced the immediate cancelation of approximately $400 million in federal grants and contracts to Columbia University due to the school's continued inaction in the face of persistent harassment of Jewish students. These cancelations represent the first round of action and additional cancelations are expected to follow. The Task Force is continuing to review and coordinate across federal agencies to identify additional cancelations that could be made swiftly. DOJ, HHS, ED, and GSA are taking this action as members of the Joint Task Force to Combat Anti-Semitism. Columbia University currently holds more than $5 billion in federal grant commitments.

On March 3, the Task Force notified the Acting President of Columbia University that it would conduct a comprehensive review of the university's federal contracts and grants  in light of ongoing investigations under Title VI of the Civil Rights Act. Chaos and anti-Semitic harassment have continued on and near campus in the days since. Columbia has not responded to the Task Force.

"Since October 7, Jewish students have faced relentless violence, intimidation, and anti-Semitic harassment on their campuses – only to be ignored by those who are supposed to protect them," said **Secretary of Education Linda McMahon.** "Universities must comply with all federal antidiscrimination laws if they are going to receive federal funding. For too long, Columbia has abandoned that obligation to Jewish students studying on its campus. Today, we demonstrate to Columbia and other universities that we will not tolerate their appalling inaction any longer."

President Trump has been clear that any college or university that allows illegal protests and repeatedly fails to protect students from anti-Semitic harassment on campus will be subject to the loss of federal funding.

"Freezing the funds is one of the tools we are using to respond to this spike in anti-Semitism. This is only the beginning," said **Leo Terrell, Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism**. "Canceling these taxpayer funds is our strongest signal yet that the Federal Government is not going to be party to an educational institution like Columbia that does not protect Jewish students and staff."

The decisive action by the DOJ, HHS, ED, and GSA to cancel Columbia's grants and contracts serves as a notice to every school and university that receives federal dollars that this Administration will use all the tools at its disposal



3/19/25, 11:52 AM  DOJ, HHS, ED, and GSA Announce Initial Cancelation of Grants and Contracts to Columbia University Worth $400 Million | U.S. D…

Case 1:25-cv-00091-LM    Document 34-44    Filed 03/31/25    Page 3 of 4

to protect Jewish students and end anti-Semitism on college campuses.

"Anti-Semitism is clearly inconsistent with the fundamental values that should inform liberal education," said **Sean Keveney, HHS Acting General Counsel and Task Force member**. "Columbia University's complacency is unacceptable."

GSA will assist HHS and ED in issuing stop-work orders on grants and contracts that Columbia holds with those agencies. These stop-work orders will immediately freeze the university's access to these funds. Additionally, GSA will be assisting all agencies in issuing stop work orders and terminations for contracts held by Columbia University.

"Doing business with the Federal Government is a privilege," said **Josh Gruenbaum, FAS Commissioner and Task Force member**. "Columbia University, through their continued and shameful inaction to stop radical protestors from taking over buildings on campus and lack of response to the safety issues for Jewish students, and for that matter - all students - are not upholding the ideals of this Administration or the American people. Columbia cannot expect to retain the privilege of receiving federal taxpayer dollars if they will not fulfill their civil rights responsibilities to protect Jewish students from harassment and anti-Semitism."

For more information, read the [HHS, ED, and GSA joint press](#) release from Monday, March 3.

---

**CONTACT**

Press Office  |  press@ed.gov  |  (202) 401-1576  |  Office of Communications and Outreach (OCO)

**Office of Communications and Outreach (OCO)**

Page Last Reviewed:  March 7, 2025

---

**Pay for College**

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

**Educational Resources**

504 Plans

FERPA

IEPs (Individualized Education Program)

**Teaching Resources**

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

**File a Report**

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

**About Us**

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

**News**

Press Releases

Homeroom Blog

Subscriptions

**Site Notices and Privacy Policies**

Accessibility Support

**ED Archive**

## U.S. Department of Education

      
ES

 www.ed.gov
An official website of the Department of Education

| About Dept of Education | Accessibility Support | No FEAR Act data | Office of the Inspector General |
| Performance reports | FOIA | Privacy Policy | ED Archive |

Looking for U.S. government information and services? **Visit USA.gov**