# EXHIBIT BC

Case 1:25-cv-00091-LM    Document 34-57    Filed 03/21/25    Page 1 of 3

3/21/25, 1:27 PM
Case 1:25-cv-00091-LM   Document 34-57   Filed 03/21/25   Page 2 of 3
DOGE Announces it's Slashing $881M from Education Department Contracts - Newsweek



abclegal.com

**Transparent Pricing - Know Your Cost Upfront - ABC Legal**

Service of process done right. 8,000+ process servers - all 50 states and 77 countries. Serve any document anywhere, anytime with America's largest network of process servers.

Learn more >

Politics | Live Blog    Treasury Department    Elon Musk    Donald Trump

**LIVE**

# DOGE Announces it's Slashing $881M from Education Department Contracts

Feb 11, 2025 at 8:43 AM EST



By **Hannah Parry**
Live Blog Editor

Newsweek Is A Trust Project Member

FOLLOW



**SUBSCRIBE FOR $1**

Elon Musk's Department of Government Efficiency (DOGE) has announced it is terminating $881 million worth of Education Department contracts.

DOGE announced, in a post on X, that it had cut 29 training grants for diversity, equity and inclusion, worth $101 million.

It claimed that one such grant, aimed to train teachers to "help students understand / interrogate the complex histories involved in oppression, and help students recognize areas of privilege and power on an individual and collective basis."

The department has slashed another 89 Education Department contracts including a contractor hired to manage mail and clerical operations.

The cuts come as President Donald Trump is expected to issue an executive order closing down the department.

*Newsweek's live blog is closed.*

---

### 05:11 PM EST

### Trump signing order for DOGE 'relating to shrinking federal workforce'

Trump and Musk are holding a joint press conference from the Oval Office, as the president signs an executive order related to DOGE.

The White House still has not confirmed what the order for DOGE is, but Semafor reports that it related to shrinking the federal workforce.

"The people voted for major government reform," Musk told reporters at the signing ceremony, adding that is what the people would get.

Trump added that DOGE had "found fraud and abuse" without giving any additional details.

---

### 04:45 PM EST

### Federal Reserve chair gives update on US bank accounts amid Trump's orders