UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>EDUCATION, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil No. 1:25-cv-00091-LM |

ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO, AND INCLUDING, APRIL 11, 2025

Pursuant to Local Rule 7.2 of the Rules of this Court, the United States, on behalf of Federal Defendants, moves this Court to extend the deadline by which it must respond to Plaintiffs' Motion for Preliminary Injunction (DN 34) to, and including, April 11, 2025. In support of this Motion, Federal Defendants state as follows:

On March 21, 2025, Federal Defendants were served with Plaintiffs' Motion for Preliminary Injunction (DN 34), making its reply due April 4, 2025.

Given the length of the motion and the volume of information that accompanies it, as well as other pending motions related to this case, Federal Defendants request a one week extension to consult with department and agency counsel in order to prepare an informed response to this Motion.

Accordingly, Federal Defendants respectfully request that this Honorable Court extend the deadline to respond to Plaintiffs' Motion for Preliminary Injunction from the current deadline of April 4, 2025 to, and including, April 11, 2025.

Counsel for Plaintiffs have been contacted and assent to the filing of this Motion.

The requested extension will not result in the continuance of any hearing, conference or trial. Due to the nature of this Motion, no supporting memorandum of law is required.

                Respectfully submitted,

                John J. McCormack
                Acting United States Attorney

Dated:  March 31, 2025              /s/ Robert J. Rabuck
                Robert J. Rabuck
                Assistant U.S. Attorney
                NH Bar No. 2067
                53 Pleasant Street, 4th Floor
                Concord, New Hampshire 03301
                (603) 225-1552
                rob.rabuck@usdoj.gov