IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATIONAL ASSOCIATION; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION; *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00091-LM |

**PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
ORAL ARGUMENT REQUESTED**

Pursuant to Federal Rule of Civil Procedure 65 and Section 705 of the Administrative Procedure Act, 5 U.S.C. § 705—and for the reasons stated in the accompanying memorandum, declarations, and all pleadings filed—Plaintiffs National Education Association, National Education Association-New Hampshire, and Center for Black Educator Development (collectively, "Plaintiffs") respectfully move this Court to issue a temporary restraining order enjoining Defendants and their agents, employees, representatives, successors, and any other person acting directly or indirectly in concert with them, from implementing the United States Department of Education (ED)'s April 3, 2025 Certification Requirement and from taking any adverse action on the basis of state and local education agencies' responses or lack thereof. Plaintiffs respectfully request a decision by **Thursday, April 10, at 4:00 PM ET.**

Plaintiffs request that the temporary restraining order remain in place until the Court renders a decision on Plaintiffs' Motion for Preliminary Injunction. ECF 34. Given the potential for additional and escalating enforcement efforts evidenced by ED's issuance of the Certification Requirement, Plaintiffs also respectfully request that the Court expedite its review of their Motion

1

for Preliminary Injunction, or in the alternative issue a TRO enjoining all enforcement and implementation of the DCL until the Court renders a decision on the Motion for Preliminary Injunction.

Plaintiffs have filed an accompanying memorandum of law and declaration supporting this Motion. Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request oral argument given the importance of the issues presented in this Motion.

Plaintiffs also move this Court for an order waiving the requirement for bond or security.

Dated: April 7, 2025

Respectfully submitted,

| | |
|---|---|
| Sarah Hinger* | */s/ Henry R. Klementowicz* |
| Amanda Meyer* | Henry R. Klementowicz (N.H. Bar No. 21177) |
| Alexis Alvarez* | |
| Ethan Herenstein* | Gilles R. Bissonnette (N.H. Bar No. 265393) |
| Victoria Ochoa* | SangYeob Kim (N.H. Bar No. 266657) |
| Sophia Lin Lakin* | American Civil Liberties Union of New Hampshire |
| American Civil Liberties Union Foundation | |
| 125 Broad Street, 18th Floor | 18 Low Avenue |
| New York, NY 10004 | Concord, NH 03301 |
| (212) 519-7882 | (603) 224-5591 |
| shinger@aclu.org | gilles@aclu-nh.org |
| | |
| Megan C. Keenan* | Rachel E. Davidson* |
| American Civil Liberties Union Foundation | American Civil Liberties Union Foundation of Massachusetts, Inc. |
| 915 15th Street NW | |
| Washington, DC 20001 | One Center Plaza, Suite 801 |
| (740) 632-0671 | Boston, MA 02018 |
| mkeenan@aclu.org | (617) 482-3170 |
| | rdavidson@aclum.org |

Alice O'Brien*
Jason Walta*
Phil Hostak*
Stacy Hickox ᵀ
NEA Office of General Counsel          *admitted pro hac vice
National Education Association         ᵀ pro hac vice forthcoming
1201 16th Street NW
Washington, DC 20036
(202) 822-7035
aobrien@nea.org

## CERTIFICATE OF SERVICE

  I hereby certify that on April 7, 2025, a true and exact copy of the foregoing was served via email upon Defendants' counsel as follows:

Rob Rabuck, Assistant United States Attorney
Rob.Rabuck@usdoj.gov

Dated: April 7, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Henry R. Klementowicz*
　　　　　　　　　　　　　　　　　　　Henry R. Klementowicz (N.H. Bar No. 21177)