# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION; e*t al.*, | |
| *Plaintiffs*, | Case No. 1:25-cv-00091-LM |
| v. | **DECLARATION OF SARAH HINGER IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |
| UNITED STATES DEPARTMENT OF EDUCATION; *et al.*, | |
| *Defendants.* | |

Sarah Hinger, pursuant to the penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

I am an attorney with the American Civil Liberties Union Foundation and counsel to Plaintiffs in this action. I submit this Declaration in support of Plaintiffs' Emergency Motion for Temporary Restraining Order.

Attached are true and correct copies of the following exhibits referenced in the Memorandum in Support of Plaintiffs' Emergency Motion for Temporary Restraining Order:[1]

    A.    U.S. Dep't of Educ., Reminder of Legal Obligations Undertaken in Exchange for Receiving Federal Financial Assistance and Request for Certification under Title VI and *SFFA v. Harvard* (Apr. 3, 2025), https://perma.cc/A8VQ-JRZB.

    B.    N.H. Dep't of Educ., Certification Requirement Directions (Apr. 3, 2025).

---

[1] Lengthy exhibits marked with an asterisk have been excerpted.

1

C.     Press Release, U.S. Dep't of Educ., ED Requires K-12 School Districts to Certify Compliance with Title VI and Students v. Harvard as a Condition of Receiving Federal Financial Assistance (Apr. 3, 2025), https://perma.cc/6UKX-7E66.

D.     *New York State Revised State Template for the Consolidated State Plan: The Elementary and Secondary Education Act of 1965, as Amended by the Every Students Succeed Act* (2024).*

E.     *Massachusetts Consolidated State Plan Under the Every Students Succeeds Act (ESSA) October 2024* (2024).*

F.     Letter from Daniel Morton-Bentley, Counsel & Deputy Comm'r, N.Y. State Educ. Dep't, to U.S. Dep't of Educ., Off. of C.R. (Apr. 4, 2025).

G.     Memorandum from Lindsey Labonville, Adm'r, Bureau of Fed. Compliance, N.H. Dep't of Educ., on General Assurances FY 2026 to Senior Education Officials (Apr. 4, 2025).

H.     Mandatory Supplement Questionnaire.

Dated: April 7, 2025

                                                    */s/ Sarah Hinger*
                                                    Sarah Hinger*
                                                    American Civil Liberties Union Foundation
                                                    125 Broad Street, 18th Floor
                                                    New York, NY 10004
                                                    (212) 519-7882
                                                    shinger@aclu.org

                                                    *Admitted pro hac vice*