# EXHIBIT H

**Reminder of Legal Obligations Undertaken in Exchange for Receiving Federal Financial Assistance and Request for Certification under Title VI and *SFFA v. Harvard***

# Mandatory Supplement Questionnaire

Upon investigation, have there been instances of noncompliance identified within your LEA?

☐  Yes

☐  No

If the answer to the question above is yes, please describe each issue of noncompliance found within your LEA.

For each area of noncompliance identified above, detail your remediation plans including intended date of remediation completion.