UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>National Education
Association, et al.</u>

    v.                                                             Case No. 25-cv-091-LM

<u>United States Department
of Education, et al.</u>

## ORDER

Plaintiffs move to seal certain declarations in support of their motion for preliminary injunction. Doc. no. 37. District courts are afforded "broad discretion" to determine whether a party's need to proceed anonymously outweighs the public's interest in transparency. <u>Doe v. Mass. Inst. Of Tech.</u>, 46 F.4th 61, 67, 72 (1st Cir. 2022). Courts, looking to the totality of the circumstances, must balance the litigants' interest in privacy with the public's interest in transparency. <u>Id.</u> at 72. Assuming the standard for whether a party can litigate a case anonymously applies to this motion, the court grants the plaintiff's request for the reasons stated in the plaintiffs' motion. Doc. no. 37. Moreover, defendants do not object.

The plaintiffs' motion to seal certain declarations (doc. no. 37) is granted.

SO ORDERED.

                                                                                 _____
                                                                                 Landya B. McCafferty
                                                                                 United States District Judge

Date: April 8, 2025
cc: Counsel of Record