UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION, et al.  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF  )<br>EDUCATION, et al.,  )<br>)<br>Defendants.  )<br>_____)  | Civil No. 1:25-cv-00091-LM |

DEFENDANTS' NOTICE OF ADDENDUM TO
OBJECTION TO MOTION FOR A TEMPORARY RESTRAINING ORDER

Defendants respectfully file this Notice of Addendum for Exhibit 2 in support of its Objection to Motion for Temporary Restraining Order (DN 45).

Exhibit 2 is an email from the New Hampshire Department of Education to the LEAs extending their certification deadline from April 10, 2025 to April 17, 2025.

                        Respectfully submitted,

                        John J. McCormack
                        Acting United States Attorney

Dated: April 9, 2025            /s/ Robert J. Rabuck
                        Robert J. Rabuck
                        Assistant U.S. Attorney
                        Chief, Civil Division
                        NH Bar No. 2067
                        53 Pleasant Street, 4th Floor
                        Concord, New Hampshire 03301
                        (603) 225-1552
                        rob.rabuck@usdoj.gov