UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION; e*t al.*, | |
| *Plaintiffs*, | Case No. 1:25-cv-00091-LM |
| v. | **SUPPLEMENTAL DECLARATION OF HENRY R. KLEMENTOWICZ IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |
| UNITED STATES DEPARTMENT OF EDUCATION; *et al.*, | |
| *Defendants*. | |

I, Henry R. Klementowicz, pursuant to the penalty of perjury under 28 U.S.C. § 1746, do hereby state the following:

I am an attorney with the American Civil Liberties Union of New Hampshire and counsel to Plaintiffs in this action. I submit this Supplemental Declaration in support of Plaintiffs' Emergency Motion for Temporary Restraining Order.

Attached are true and correct copies of the following exhibits referenced in my April 9, 2025 email to the Court:

A.  N.H. Dep't of Educ., Updated Deadline for Certification Requirement (Apr. 8, 2025).

B.  Globe New Hampshire, Morning Report: N.H. Schools Told to Certify Compliance with Trump's Anti-DEI Orders (Apr. 9, 2025).

Dated: April 9, 2025

                                                  */s/ Henry R. Klementowicz*

                                              Henry R. Klementowicz (N.H. Bar No. 21177)
American Civil Liberties Union of New Hampshire
Gilles R. Bissonnette (N.H. Bar No. 265393)
SangYeob Kim (N.H. Bar No. 266657)
American Civil Liberties Union of New Hampshire
18 Low Avenue
Concord, NH 03301
(603) 224-5591
henry@aclu-nh.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that on today's date I have served a copy of the foregoing through the Court's ECF system.

                                                */s/ Henry Klementowicz*
                                                Henry Klementowicz