**From:** Adams, Angela <Angela.M.Adams@doe.nh.gov> **On Behalf Of** Edelblut, Louis (Frank)
**Sent:** Tuesday, April 8, 2025 4:04 PM
**Subject:** REQUIRED ACTION: US Department of Education Title VI Compliance Certification - UPDATED DEADLINE
**Importance:** High


Dear School Districts and Chartered Public Schools,

We are writing to provide an update following last week's communication from the New Hampshire Department of Education's Bureau of Federal Compliance (Email Subject: REQUIRED ACTION: US Department of Education Title VI Compliance Certification). At that time, we notified you of the U.S. Department of Education's requirement for State Education Agencies to certify compliance with federal antidiscrimination obligations. Since then, the U.S. Department of Education has extended the submission deadline. Accordingly, NHED is also providing additional time for school districts and chartered public schools to submit the attached certification form. The new deadline is **5 p.m. on Thursday, April 17, 2025**.

Please note that if your district or charter school does not submit the required certification to NHED by this deadline, NHED will be obligated to report non-receipt to the U.S. Department of Education. Any cases of noncompliance will be referred to the U.S. Department of Education along with a proposed enforcement plan. Certification responses must be submitted by **5 p.m. on Thursday, April 17** to federalcompliance@doe.nh.gov.

For reference, this frequently asked questions document is intended to anticipate and answer questions that may be raised in response to the Dear Colleague Letter: Title VI of the Civil Rights Act in Light of Students for Fair Admissions v. Harvard issued by the U.S. Department of Education's Office for Civil Rights on February 14, 2025.

We appreciate your prompt attention to this matter.


Live free and learn,
**Frank Edelblut | Commissioner**
New Hampshire Department of Education
**Phone:** 603-271-3144
25 Hall Street, Concord NH 03301
**Email:** frank.edelblut@doe.nh.gov


New Hampshire | LIVE FREE AND LEARN
**Department of Education**



The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or

dissemination (either whole or in part) is prohibited.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

---

**From:** DOE: Bureau of Federal Compliance <doe.federalcompliance@doe.nh.gov>
**Sent:** Thursday, April 3, 2025 8:26 PM
**Subject:** REQUIRED ACTION: US Department of Education Title VI Compliance Certification
**Importance:** High

**Dear School Districts and Chartered Public Schools,**

Today the United States Department of Education sent letters to State Commissioners overseeing K-12 State Education Agencies requiring them to certify LEA's compliance with their antidiscrimination obligations to continue to receive federal financial assistance.

Each school district or chartered public school in New Hampshire must submit the attached completed certification form to the New Hampshire Department of Education no later than **Thursday, April 10 at 5:00 p.m.**

If no form is received by NHED by the deadline above, NHED is required to report to the United States Department of Education that no certification was received. All issues of noncompliance and a proposed enforcement plan will be submitted to the United States Department of Education.

Certification responses must be submitted by **Thursday, April 10 at 5:00 p.m.** via this email federalcompliance@doe.nh.gov.

Thank you for your prompt attention to this matter.

**Federal Compliance**
New Hampshire Department of Education
25 Hall St., Concord NH 03301


New Hampshire | LIVE FREE AND LEARN
**Department of Education**

*The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

The information and any attachments contained in this message are confidential and/or privileged material and intended only for the named recipient's use. If you have received this message from the Dover School District in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return email and delete the original message. Under New Hampshire law, email addresses are public records. If you do not want your e-mail address released in a

response to a public records request, do not send electronic mail to this entity. Instead, please contact this office by phone or in writing.

The information and any attachments contained in this message are confidential and/or privileged material and intended only for the named recipient's use. If you have received this message from the Dover School District in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return email and delete the original message. Under New Hampshire law, email addresses are public records. If you do not want your e-mail address released in a response to a public records request, do not send electronic mail to this entity. Instead, please contact this office by phone or in writing.