IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATIONAL ASSOCIATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> *Defendants*. | Case No. 1:25-cv-00091-LM |

**NOTICE OF AGREEMENT WITH RESPECT TO
PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 41)**

The attached reflects the agreement of the parties addressing Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 41), which can be dismissed as moot.

Dated: April 9, 2025                                                     Respectfully submitted,

| | |
|---|---|
| Sarah Hinger* | */s/ Gilles R. Bissonnette* |
| Amanda Meyer* | Gilles R. Bissonnette (N.H. Bar No. 265393) |
| Alexis Alvarez* | Henry R. Klementowicz (N.H. Bar No. 21177) |
| Ethan Herenstein* | SangYeob Kim (N.H. Bar No. 266657) |
| Victoria Ochoa* | American Civil Liberties Union of New Hampshire |
| Sophia Lin Lakin* | 18 Low Avenue |
| American Civil Liberties Union Foundation | Concord, NH 03301 |
| 125 Broad Street, 18th Floor | (603) 224-5591 |
| New York, NY 10004 | gilles@aclu-nh.org |
| (212) 519-7882 | |
| shinger@aclu.org | |

Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20001
(740) 632-0671
mkeenan@aclu.org

Rachel E. Davidson*
American Civil Liberties Union Foundation of Massachusetts, Inc.
One Center Plaza, Suite 801
Boston, MA 02018
(617) 482-3170
rdavidson@aclum.org

Alice O'Brien*
Jason Walta*
Phil Hostak*
Stacy Hickox ᵀ
NEA Office of General Counsel
National Education Association
1201 16th Street NW
Washington, DC 20036
(202) 822-7035
aobrien@nea.org

*admitted pro hac vice
ᵀ *pro hac vice* forthcoming