# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION; *et al.*, | |
| *Plaintiffs*, | Case No. 1:25-cv-00091-LM |
| v. | **PLAINTIFFS' ADDENDUM TO MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 34)** |
| UNITED STATES DEPARTMENT OF EDUCATION; *et al.*, | |
| *Defendants*. | |

Plaintiffs hereby file this Addendum to Plaintiffs' Motion for Preliminary Injunction (ECF No. 34) attaching various exhibits.

April 15, 2025

Respectfully submitted,

| | |
|---|---|
| Sarah Hinger* <br> Amanda Meyer* <br> Alexis Alvarez* <br> Leah Watson* <br> Ethan Herenstein* <br> Victoria Ochoa* <br> Sophia Lin Lakin* <br> American Civil Liberties Union Foundation <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> (212) 519-7882 <br> shinger@aclu.org | /s/ Gilles R. Bissonnette <br> Gilles R. Bissonnette (N.H. Bar No. 265393) <br> Henry R. Klementowicz (N.H. Bar No. 21177) <br> SangYeob Kim (N.H. Bar No. 266657) <br> American Civil Liberties Union of New Hampshire <br> 18 Low Avenue <br> Concord, NH 03301 <br> (603) 224-5591 <br> gilles@aclu-nh.org |
| Megan C. Keenan* <br> American Civil Liberties Union Foundation <br> 915 15th Street NW <br> Washington, DC 20001 <br> (740) 632-0671 <br> mkeenan@aclu.org | Rachel E. Davidson* <br> American Civil Liberties Union Foundation of Massachusetts, Inc. <br> One Center Plaza, Suite 801 <br> Boston, MA 02018 <br> (617) 482-3170 <br> rdavidson@aclum.org |
| Alice O'Brien*ᛏ <br> Jason Walta*ᛏ <br> Phil Hostak*ᛏ <br> NEA Office of General Counsel <br> National Education Association <br> 1201 16th Street NW <br> Washington, DC 20036 <br> (202) 822-7035 <br> aobrien@nea.org | Callan E. Sullivanᛏ (N.H. Bar No. 1213504) <br> Lauren Snow Chadwickᛏ (N.H. Bar No. 1213339) <br> National Education Association-New Hampshire <br> 9 South Spring Street <br> Concord, NH 03301 <br> (603) 224-7751 <br> csullivan@nhnea.org <br> <br> *admitted pro hac vice <br> ᛏ appearing only on behalf of NEA, NEA-NH, and Center for Black Educator Development |