# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION; *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00091-LM <br><br> **SUPPLEMENTAL DECLARATION OF HENRY R. KLEMENTOWICZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Henry R. Klementowicz, pursuant to the penalty of perjury under 28 U.S.C. § 1746, do hereby state the following:

I am an attorney with the American Civil Liberties Union of New Hampshire and counsel to Plaintiffs in this action. I submit this Supplemental Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

Attached[1] are true and correct copies of the following exhibits[2]:

A.  U.S. Dep't of Educ., Reminder of Legal Obligations Undertaken in Exchange for Receiving Federal Financial Assistance and Request for Certification under Title VI and *SFFA v. Harvard* (Apr. 3, 2025), https://perma.cc/A8VQ-JRZB.

B.  N.H. Dep't of Educ., Certification Requirement Directions (Apr. 3, 2025).

---

[1] Lengthy exhibits marked with an asterisk have been excerpted.
[2] Exhibits A–H were originally filed in support of Plaintiffs' Emergency Motion for Temporary Restraining Order, ECF 41-4–41-11. Exhibits I & J were originally filed in support of Plaintiffs' Addendum to Plaintiffs' Emergency Motion for Temporary Restraining Order, ECF 47-1 and 47-2. Exhibits K–N are supplemental declarations from School District Plaintiffs, filed in support of Plaintiffs' Motion for Preliminary Injunction, ECF 34.

1

C.  Press Release, U.S. Dep't of Educ., ED Requires K-12 School Districts to Certify Compliance with Title VI and Students v. Harvard as a Condition of Receiving Federal Financial Assistance (Apr. 3, 2025), https://perma.cc/6UKX-7E66.

D.  *New York State Revised State Template for the Consolidated State Plan: The Elementary and Secondary Education Act of 1965, as Amended by the Every Students Succeed Act* (2024).*

E.  *Massachusetts Consolidated State Plan Under the Every Students Succeeds Act (ESSA) October 2024* (2024).*

F.  Letter from Daniel Morton-Bentley, Counsel & Deputy Comm'r, N.Y. State Educ. Dep't, to U.S. Dep't of Educ., Off. of C.R. (Apr. 4, 2025).

G.  Memorandum from Lindsey Labonville, Adm'r, Bureau of Fed. Compliance, N.H. Dep't of Educ., on General Assurances FY 2026 to Senior Education Officials (Apr. 4, 2025).

H.  Mandatory Supplement Questionnaire.

I.  N.H. Dep't of Educ., Updated Deadline for Certification Requirement (Apr. 8, 2025).

J.  Globe New Hampshire, Morning Report: N.H. Schools Told to Certify Compliance with Trump's Anti-DEI Orders (Apr. 9, 2025).

K.  Declaration of Christine Boston, Superintendent of Dover School District (April 12, 2025).

L.  Declaration of Jay Badams, Superintendent of Hanover & Dresden School Districts (April 11, 2025).

M.  Declaration of Robert Shaps, Superintendent of Oyster River Cooperative School District (April 12, 2025).

N.  Declaration of John Shea, Superintendent of Somersworth School District (April 10, 2025).

Dated: April 14, 2025

/s/ Henry R. Klementowicz
Henry R. Klementowicz (N.H. Bar No. 21177)
American Civil Liberties Union of New Hampshire
Gilles R. Bissonnette (N.H. Bar No. 265393)
SangYeob Kim (N.H. Bar No. 266657)
American Civil Liberties Union of New Hampshire
18 Low Avenue
Concord, NH 03301
(603) 224-5591
henry@aclu-nh.org