# EXHIBIT C

🇺🇸 An official website of the United States government  Here's how you know

**U.S. Department of Education**

HOME  /  ABOUT US  /  NEWSROOM  /  PRESS RELEASES

**PRESS RELEASE**

# ED Requires K-12 School Districts to Certify Compliance with Title VI and Students v. Harvard as a Condition of Receiving Federal Financial Assistance

**APRIL 3, 2025**

Today, the U.S. Department of Education sent letters to State Commissioners overseeing K-12 State Education Agencies (SEAs) requiring them to certify their compliance with their antidiscrimination obligations in order to continue receiving federal financial assistance. Specifically, the Department requests certification of compliance with Title VI of the Civil Rights Act and the responsibilities outlined in *Students for Fair Admissions v. Harvard*.

"Federal financial assistance is a privilege, not a right. When state education commissioners accept federal funds, they agree to abide by federal antidiscrimination requirements. Unfortunately, we have seen too many schools flout or outright violate these obligations, including by using DEI programs to discriminate against one group of Americans to favor another based on identity characteristics in clear violation of Title VI," **said Acting Assistant Secretary for Civil Rights Craig Trainor**. "Today, the Department is taking an important step toward ensuring that states understand—and comply with—their existing obligations under civil rights laws and *Students v. Harvard*. As Chief Justice Roberts wrote, 'Eliminating racial discrimination means eliminating all of it.' No student should be denied opportunities or treated differently because of his or her race. We hope all State and Local

Education Agencies agree and certify their compliance with this legal and constitutional principle."

SEAs will be responsible for reporting on their state overall and for collecting certification responses from their Local Education Agencies (LEAs). SEAs will have 10 days to sign and return the certification.

**Background**:

These certifications are being sent out pursuant to the Department of Education's authority and responsibility to ensure that recipients of federal funding are complying with United States civil rights law.

On February 14, the Office for Civil Rights (OCR) issued a Dear College Letter (DCL) to educational institutions receiving federal funds notifying them that they must cease using race preferences and stereotypes as a factor in their admissions, hiring, promotion, scholarship, prizes, administrative support, sanctions, discipline, and other programs and activities. Two weeks later, OCR published Frequently Asked Questions to anticipate and answer questions that may arise in response to the DCL.

**CONTACT**

Press Office  |   press@ed.gov  |   (202) 401-1576  |
Office of Communications and Outreach (OCO)

Office of Communications and Outreach (OCO)

Page Last Reviewed: April 3, 2025

## Pay for College

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

### News

Press Releases

Homeroom Blog

Subscriptions

### Site Notices and Privacy Policies

Accessibility Support

### ED Archive

## U.S. Department of Education

     



www.ed.gov

**An official website of the Department of Education**

About Dept of Education    Accessibility Support    No FEAR Act data

Office of the Inspector General    Performance reports    FOIA    Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**