

18 Low Avenue
Concord NH 03301
(603) 224-5591
aclu-nh.org

New Hampshire

April 24, 2025

Tracy A Uhrin, Deputy Clerk of Court
U.S. District Court for the District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301-3941

Re:   Case No. 1:25-cv-00091-LM,
      *National Education Association et al v. US Department of Education et al*

Dear Clerk Uhrin:

In an order issued on April 24, 2025 in the above referenced matter granting Plaintiffs' Motion for Preliminary Injunction, the Court ordered Plaintiffs "to post a bond in the amount of fifty dollars ($50)." *See* ECF No. 74 at p. 81; *id.* at p. 82.

Pursuant to Fed. R. Civ. P. 65(c) and Local Rule 65.1.1, this letter accompanies the bond required in connection with Plaintiffs' Motion for Preliminary Injunction that was granted.

The bond, in the amount of $50, is provided in the form of a check issued by Plaintiff National Education Association-New Hampshire ("NEA-NH"). A copy of that check is attached. Pursuant to Local Rule 65.1.1(d), Plaintiff NEA-NH acknowledges that it is owner thereof, that the same is subject to the conditions of the bond, and that the clerk may collect or sell the obligations and apply the proceeds or the cash deposited in case of default as provided in the bond. The required attorney certificate under Local Rule 65.1.1(g) follows this letter.

Plaintiffs understand that the bond is a condition precedent to the issuance of the preliminary injunction, and Plaintiffs are committed to complying with the requirements of Rule 65(c).

Of course, if you have any questions, do not hesitate to contact undersigned counsel.

Respectfully,

*/s/ Gilles Bissonnette*
Gilles Bissonnette (N.H. Bar No. 265393)
603.333.2081
gilles@aclu-nh.org
*Counsel for Plaintiffs*

Rick Trombly, Executive Director
National Education Association-New Hampshire
603-224-7751

Cc:   All counsel of record

## ATTORNEY CERTIFICATE

Pursuant to Local Rule 65.1.1(g), please find the following attorney certificate:

This bond has been examined pursuant to Local Rule 65.1.1 and is recommended for approval. It is required by law to be approved by a judge.

4/24/25
Date

_____
Attorney Gilles Bissonnette
New Hampshire Bar No. 265393