UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATIONAL ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00091-LM |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs in the above captioned action respectfully file this Motion for Summary Judgment as to all claims. Plaintiffs filed this action on March 5, 2025. ECF 1. The Court, finding Plaintiffs demonstrated a likelihood of success on the merits, ordered preliminary injunctive relief on April 24, 2025. ECF 74. Plaintiffs filed their Second Amended Complaint on May 12, 2025. ECF 79. Plaintiffs have filed an accompanying memorandum of law and statement of undisputed facts supporting this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Grant Plaintiffs' Motion for Summary Judgment and enter summary judgment in their favor as to all counts of the Plaintiffs' Second Amended Complaint. ECF 79;

B. Vacate the Department of Education's February 14, 2025 Dear Colleague Letter, End DEI Portal, Frequently Asked Questions About Racial Preferences and Stereotypes Under Title VI of the Civil Rights Act, and April 3, 2025 Certification Requirement, or

1

in the alternative, permanently restrain or enjoin Defendants and their agents, employees or representatives, successors, and any other person acting directly or indirectly in concert with them, from enforcing and/or implementing the Dear Colleague Letter or Certification Requirement; and

C. Grant any other relief that is just or equitable.

Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request oral argument given the importance of the issues presented in this Motion.

Dated: June 10, 2025

Respectfully submitted,

| | |
|---|---|
| Sarah Hinger* | */s/ Gilles R. Bissonnette* |
| Amanda Meyer* | Gilles R. Bissonnette (N.H. Bar No. 265393) |
| Alexis Alvarez* | Henry R. Klementowicz (N.H. Bar No. 21177) |
| Leah Watson* | SangYeob Kim (N.H. Bar No. 266657) |
| Ethan Herenstein* | American Civil Liberties Union of New Hampshire |
| Victoria Ochoa* | 18 Low Avenue |
| Sophia Lin Lakin* | Concord, NH 03301 |
| American Civil Liberties Union Foundation | (603) 224-5591 |
| 125 Broad Street, 18th Floor | gilles@aclu-nh.org |
| New York, NY 10004 | |
| (212) 519-7882 | |
| shinger@aclu.org | |

Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20001
(740) 632-0671
mkeenan@aclu.org

Rachel E. Davidson*
American Civil Liberties Union Foundation of Massachusetts, Inc.
One Center Plaza, Suite 801
Boston, MA 02018
(617) 482-3170
rdavidson@aclum.org

Alice O'Brien*ᵀ
Jason Walta*ᵀ
Phil Hostak*ᵀ
NEA Office of General Counsel
National Education Association
1201 16th Street NW
Washington, DC 20036
(202) 822-7035
aobrien@nea.org

Callan E. Sullivanᵀ (N.H. Bar No. 20799)
Lauren Snow Chadwickᵀ (N.H. Bar No. 20288)
National Education Association-New Hampshire
9 South Spring Street
Concord, NH 03301
(603) 224-7751
csullivan@nhnea.org

*admitted pro hac vice*
ᵀ*appearing only on behalf of NEA, NEA-NH, and Center for Black Educator Development*

3