THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | Case No. 25-cv-00091-LM |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs submit the attached supplemental declaration of NEA Member A in support of their motion for summary judgment, ECF 81.

NEA Member A ("Member A") previously submitted a declaration in support of Plaintiffs' Motion for a Preliminary Injunction, ECF 34-11, and submitted the same declaration in support of Plaintiffs' Motion for Summary Judgment, ECF 81-36.

Member A recently changed positions, shifting from a high school English teacher to an Eighth Grade English Language Arts teacher at a different school. Member A has remained an NEA and NEA-NH member, and this change does not substantively alter his claims in the case. Member A's declaration memorializing these changes is attached.

Plaintiffs will separately submit an assented-to motion to seal Member A's declaration at Level II.

Dated: July 3, 2025                                           Respectfully submitted,

1

Sarah Hinger*
Amanda Meyer*
Alexis Alvarez*
Leah Watson*
Ethan Herenstein*
Victoria Ochoa*
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7882
shinger@aclu.org


Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20001
(740) 632-0671
mkeenan@aclu.org

Alice O'Brien*ᵀ
Jason Walta*ᵀ
Phil Hostak*ᵀ
NEA Office of General Counsel
National Education Association
1201 16th Street NW
Washington, DC 20036
(202) 822-7035
aobrien@nea.org

/s/ Henry R. Klementowicz
Gilles R. Bissonnette (N.H. Bar No. 265393)
Henry R. Klementowicz (N.H. Bar No. 21177)
SangYeob Kim (N.H. Bar No. 266657)
American Civil Liberties Union of New Hampshire
18 Low Avenue
Concord, NH 03301
(603) 224-5591
gilles@aclu-nh.org


Rachel E. Davidson*
American Civil Liberties Union Foundation
of Massachusetts, Inc.
One Center Plaza, Suite 801
Boston, MA 02018
(617) 482-3170
rdavidson@aclum.org

Callan E. Sullivanᵀ (N.H. Bar No. 20799)
Lauren Snow Chadwickᵀ (N.H. Bar No. 20288)
National Education Association-New Hampshire
9 South Spring Street
Concord, NH 03301
(603) 224-7751
csullivan@nhnea.org

*admitted pro hac vice
ᵀappearing only on behalf of NEA, NEA-NH, and Center for Black Educator Development