# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | Case No. 25-cv-00091-LM |

## PLAINTIFFS' NOTICE OF AMENDED DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

On August 1, 2025, Plaintiffs submitted an amended declaration of Christine Boston, ECF 91, in support of their motion for summary judgment, ECF 81. That declaration corrects Exhibit No. 39, ECF 81-41, Declaration of Christine Boston, in support of Plaintiffs' Motion for Summary Judgment. The amended declaration at ECF 91 has been amended to include exhibits referenced within the declaration.

The original declaration, ECF 81-41, had previously been filed at ECF 56-12 and then corrected at ECF 60 and 60-1 to provide the correct number of students served by the Dover School District.

Defendants do not object to the amendment of the declaration.

1

Dated: August 5, 2025                                Respectfully submitted,

| | |
|---|---|
| Sarah Hinger* | */s/ Gilles R. Bissonnette* |
| Amanda Meyer* | Gilles R. Bissonnette (N.H. Bar No. 265393) |
| Alexis Alvarez* | Henry R. Klementowicz (N.H. Bar No. 21177) |
| Leah Watson* | SangYeob Kim (N.H. Bar No. 266657) |
| Ethan Herenstein* | American Civil Liberties Union of New Hampshire |
| Victoria Ochoa* | 18 Low Avenue |
| Sophia Lin Lakin* | Concord, NH 03301 |
| American Civil Liberties Union Foundation | (603) 224-5591 |
| 125 Broad Street, 18th Floor | gilles@aclu-nh.org |
| New York, NY 10004 | |
| (212) 519-7882 | |
| shinger@aclu.org | |
| | Rachel E. Davidson* |
| Megan C. Keenan* | American Civil Liberties Union Foundation |
| American Civil Liberties Union Foundation | of Massachusetts, Inc. |
| 915 15th Street NW | One Center Plaza, Suite 801 |
| Washington, DC 20001 | Boston, MA 02018 |
| (740) 632-0671 | (617) 482-3170 |
| mkeenan@aclu.org | rdavidson@aclum.org |
| Alice O'Brien*ᵀ | Callan E. Sullivanᵀ (N.H. Bar No. 20799) |
| Jason Walta*ᵀ | Lauren Snow Chadwickᵀ (N.H. Bar No. 20288) |
| Phil Hostak*ᵀ | National Education Association-New Hampshire |
| NEA Office of General Counsel | 9 South Spring Street |
| National Education Association | Concord, NH 03301 |
| 1201 16th Street NW | (603) 224-7751 |
| Washington, DC 20036 | csullivan@nhnea.org |
| (202) 822-7035 | |
| aobrien@nea.org | *admitted pro hac vice |
| | ᵀappearing only on behalf of NEA, NEA-NH, and Center for Black Educator Development |