# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*, | * * * * |
| Plaintiffs, | * |
| | *   Civil Case No.: SAG-25-628 |
| v. | * |
| | * |
| DEPARTMENT OF EDUCATION, *et al.*, | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER OF JUDGMENT

For the reasons stated in the accompanying memorandum opinion, it is this 14th day of August, 2025, ordered that:

1. Plaintiffs' motion for summary judgment, ECF 66, is granted as to Counts One, Two, Three, Five, and Six and denied as to Count Four;

2. The government's motion, ECF 72, construed as a motion for summary judgment, is granted as to Count Four, and denied as to all other counts;

3. Judgment is entered for Plaintiffs on Counts One, Two, Three, Five, and Six;

4. Judgment is entered for the government on Count Four;

5. The Dear Colleague Letter of February 14, 2025 is VACATED under 5 U.S.C. § 706; and

6. "The Reminder of Legal Obligations Undertaken In Exchange for Receiving Federal Financial Assistance and Request for Certification under Title VI and SFFA v. Harvard" is VACATED under 5 U.S.C. § 706.

/s/
Stephanie A. Gallagher
United States District Judge