IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00091-LM |

**PLAINTIFFS' NOTICE WITHDRAWING**
**AMANDA MEYER AS PLAINTIFFS' COUNSEL**

Plaintiffs in the above-captioned case respectfully provide this notice withdrawing Amanda Meyer as Plaintiffs' counsel in this case. Ms. Meyer will end her employment with the American Civil Liberties Union on September 5, 2025. Plaintiffs will continue to be represented by attorneys from the American Civil Liberties Union and co-counsel. Because "another attorney from the same law firm, government agency or in-house legal counsel will be continuing to represent the client[s]" under Local Rule 83.6(d), this withdrawal can occur "by serving a notice of withdrawal on the client and on all other parties and by filing the notice with the clerk's office." Accordingly, Plaintiffs respectfully withdraw Amanda Meyer as Plaintiffs' counsel in this case.

Date: September 4, 2025                                     Respectfully submitted,


                                                            */s/ Amanda Meyer*
                                                            Amanda Meyer
                                                            American Civil Liberties Union Foundation
                                                            125 Broad Street, 18th Floor
                                                            New York, NY 10004
                                                            (929) 625-4393
                                                            amandam@aclu.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2025, I electronically filed the foregoing with the Clerk of Court by using the District Court CM/ECF system.  A true and correct copy of this document has been served via the Court's CM/ECF system on all counsel of record.

/s/ Amanda Meyer
Amanda Meyer