```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

National Education Association

    v.

                                              Case No. 25-cv-91-LM

US Department of Education et al.

## JUDGMENT

In accordance with the endorsed order by Judge Landya B. McCafferty dated February 18, 2026, judgment is hereby entered.

By the Court:

_/s/ Tracy A. Uhrin_
Tracy A. Uhrin
Clerk of Court

Date: February 23, 2026

cc:   Counsel of Record